# EXHIBIT 1

Exhibit 1

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**NORMA NAVARRO,**

       Plaintiff,

    v.

**FIRST STUDENT, INC., AND FIRST STUDENT MANAGEMENT, LLC,**

      Defendants.

Case No.  23-cv-04356

District Judge: Martha M. Pacold

Magistrate Judge: Jeffrey T. Gilbert

## JOINT STIPULATION OF SETTLEMENT AND RELEASE AGREEMENT

This Joint Stipulation of Settlement and Release Agreement, including exhibits, (the "Agreement") is entered into by Defendants, First Student Inc. and First Student Management, LLC ("Defendants") and by Norma Navarro ("Named Plaintiff"), individually and on behalf of the class and collective action members that she seeks to represent ("Eligible Settlement Class Members") (collectively with Named Plaintiff, "Plaintiffs") in the matter of *Navarro v. First Student Inc. and First Student Management, LLC*, No. 23-CV-04356 (Defendants and the Named Plaintiff, collectively, the "Parties").

## RECITALS

**WHEREAS**, on July 6, 2023, the Named Plaintiff, through counsel, filed a putative class and collective action lawsuit in the United States District Court for the Northern District of Illinois, *Navarro v. First Student Inc. and First Student Management, LLC*, No. 23-CV-04356 ("Lawsuit"), alleging that Plaintiffs were not fully compensated for overtime under the Fair Labor Standards Act 29 U.S.C. § 201 *et seq.* ("FLSA") and under the Illinois Minimum Wage Law 820 ILCS 105/1 *et seq.* ("IMWL") ("Claims");

**WHEREAS**, in the Lawsuit, the Named Plaintiff sought to represent class and collective members defined as all other non-exempt employees who were not fully compensated for overtime hours worked;

**WHEREAS**, the Parties participated in extensive arms-length negotiations, including a mediation, and on February 28, 2025, they reached a settlement of the Claims on a class-wide basis;

**WHEREAS**, the Parties seek court approval of this Agreement to settle all of Plaintiffs' Claims in the Lawsuit and for a release as set forth in this Agreement;

1

**WHEREAS**, Defendants deny all violations of the law and deny all of the allegations made by Named Plaintiff in the Lawsuit, including those in the Complaint and First Amended Complaint ("Complaint"), and deny that they are liable or owe damages to anyone with respect to the alleged facts or causes of action asserted in the Complaint. Nonetheless, Defendants, without admitting or conceding any liability or damages, and the Named Plaintiff have agreed to a settlement on the terms set forth in this Agreement, to avoid the burden, expense, and uncertainty of litigation; and

**NOW, THEREFORE**, in consideration of the mutual promises set forth in this Agreement, as well as the consideration provided, the Parties agree to a full and complete settlement of the claims asserted in the Complaint on the following terms and conditions.

## 1. DEFINITIONS

The terms below as used in this Agreement are defined as follows:

1.1 "Bar Date" means the date on which the Settlement Administrator must receive an individual Class Member's signed Opt-Out Statement, as defined in Section 3.4, for each to be considered timely. The actual Bar Date shall be 60 days from the date on which the "Notice" is first mailed by the Settlement Administrator.

1.2 "Class Counsel" or "Plaintiffs' Counsel" means Workplace Law Partners, P.C.

1.3 "Class Representative" means Named Plaintiff Norma Navarro, as identified in the caption of this case.

1.4 "Complaint" means the Complaint that the Named Plaintiff filed on July 6, 2023 and the Amended Complaint that the Named Plaintiff filed on December 26, 2023 in this Lawsuit.

1.5 "Court" means the United States District Court for the Northern District of Illinois (Judge Martha M. Pacold, presiding).

1.6 "Defendants' Counsel" means Littler Mendelson P.C.

1.7 "Effective Date" means the date upon which all of the following have occurred in the Lawsuit: (a) entry of the Final Approval Order; (b) issuance of an order dismissing the Lawsuit with prejudice and entering judgment in accordance with the terms of this Agreement; and (c) the expiration of the appeal rights of the Parties (which, if no objections to the proposed settlement are submitted, shall be deemed to be 30 days following entry of the order dismissing the Lawsuit with prejudice and entering judgment in accordance with the terms of this Agreement, or, if objections to the proposed settlement are submitted, shall be deemed to be 30 days following entry of the order dismissing the Lawsuit with prejudice and entering judgment in accordance with the terms of this Agreement if no timely notice of appeal is filed, or if a timely notice of appeal is filed, shall be deemed to be 7 days following the expiration of all such appeals and related proceedings without any material alteration of the terms of the Final Approval Order).

1.8 "Eligible Settlement Class Member(s)" means the Named Plaintiff and persons employed as hourly non-exempt employees in Illinois between July 6, 2020 and November 16, 2024,

2

and (i) who were identified in the payroll data produced by Defendants to Class Counsel; (ii) who Class Counsel has identified as having overtime damages and to whose inclusion Defendants have not objected; and (iii) who are identified on Exhibit A to this Agreement.

1.9 "Employer Payroll Taxes" means Defendants' share of all taxes an employer is required to pay arising out of or based upon the payment of wage compensation to Eligible Settlement Class Members as part of this Settlement, including FICA, FUTA, and SUTA obligations.

1.10 "Federal Law Claims" means any and all claims, debts, obligations, guarantees, costs, expenses, attorneys' fees, demands, actions, rights, causes of action, and liabilities against any of the Released Parties, arising under Federal law, that were or could have been asserted in the Complaint or Amended Complaint relating to the payment of wages, overtime wages, and deductions from those wages, including the Fair Labor Standards Act of 1938 ("FLSA"), whether known or unknown, and whether anticipated or unanticipated, that arose or accrued while employed by Defendants from July 6, 2020 through November 30, 2024. This includes (under such claims) requests for any type of relief, including without unpaid wages, premium pay, unpaid overtime, adjustments to compensation, unreimbursed expenses, limitation claims for damages, liquidated damages, or penalties for overtime, whether for attorneys' fees, declaratory relief or injunctive relief; whether sounding in retaliation, statute, contract, tort, or otherwise.

1.11 "Final Approval Order" means the order to be entered by the Court: (a) approving the terms of this Agreement as fair, reasonable, and adequate, and directing consummation of its terms and provisions; (b) granting class certification of the settlement class and granting final approval of the settlement and release of claims by the Named Plaintiff and Participating Settlement Class Members, as set forth herein; and (d) dismissing the Civil Action on the merits and with prejudice and permanently enjoining the Named Plaintiff and Participating Settlement Class Members from prosecuting against Defendants and the Released Parties, any Federal Law Claims and State Law Claims. The proposed Final Approval Order that will be submitted to the Court with Named Plaintiff's unopposed motion is attached as **Exhibit C**.

1.12 "Gross Settlement Amount" means the aggregate amount of money to be paid by Defendants in connection with this Agreement. The Gross Settlement Amount is $525,000.00 which is the amount that Defendants agreed to pay to fully resolve and settle the claims now asserted in this Lawsuit, including any claim for attorneys' fees and costs approved by the Court; any and all amounts to be paid to Participating Settlement Class Members; the cost of settlement administration; and any Court-approved Service Award. Defendants will not be required to pay any more than the Gross Settlement Amount, except that Defendants shall be responsible for paying all employer-paid payroll taxes including FUTA and the employer's share of FICA and state unemployment, as required by law with respect to settlement payments to Participating Settlement Class Members. The Gross Settlement Amount includes the following:

1.12.1 The "Class Members Settlement Amount" means that portion of the Gross Settlement Amount to be paid to and/or on behalf of the Named Plaintiff and Participating Settlement Class Members in exchange for their release of claims

3

asserted in the Lawsuit against the Released Parties, as set forth in Section 4 of this Agreement. The Class Members' Settlement Amount shall be allocated among the individual Participating Settlement Class Members to Settlement Checks as set forth in **Exhibit A** which the Parties represent reflects a fair and reasonable pro-rata allocation. Each Participating Settlement Class Member's respective shares of the Class Members Settlement Amount was calculated pro rata comparing the particular Participating Settlement Class Member's unpaid overtime to the total amount of unpaid overtime for all Eligible Settlement Class Members. By way of illustration, if a particular Participating Settlement Class Member had unpaid overtime of $1, and the total amount of unpaid overtime for all Eligible Settlement Class Members was $100, the Participating Settlement Class Member's total share of the Class Members Settlement Amount would be 1%. A Gross Award minimum of $10.00 was awarded to any class member with gross awards of less than $10.00.

**1.12.2** The "Service Award Allocation" means that portion of the Gross Settlement Amount (up to no more than $5,000.00) allocated to the Named Plaintiff and to be paid in accordance with the Final Approval Order and subject to Court approval, as a Service Award in exchange for her services on behalf of the Eligible Settlement Class Members in this Lawsuit. Class Counsel may seek a Service Award in an amount up to $5,000.00 for Named Plaintiff. Defendants will not oppose this request.

**1.12.3** The "Attorneys' Fees and Expenses Payment" means expenses to be paid to Class Counsel from the Gross Settlement Amount at an amount to be approved by the Court.

**1.12.4** The "Administrative Costs" means that portion of the Gross Settlement Amount (up to a cumulative total of no more than $13,765.00, unless the Parties agree otherwise) to be paid to the Settlement Administrator for the administrative services it will provide under this Agreement. The Parties agree to cooperate in the settlement administration process and to make all reasonable efforts to control and minimize the costs incurred in the administration of the settlement.

**1.12.5** The total of the Class Members' Settlement Amount, the Service Award Allocation, the Attorneys' Fees and Expenses Payment and the Administrative Costs shall not exceed the Gross Settlement Amount.

**1.13** "Last Known Address" or "Last Known Addresses" means the most recently recorded personal mailing address for an Eligible Settlement Class Member as shown in Defendants' records.

**1.14** "Last Known E-mail Address" or "Last Known E-mail Addresses" means the most recently recorded personal e-mail address for an Eligible Settlement Class Member as shown in Defendants' records.

4

1.15    "Last Known Telephone Number" or "Last Known Telephone Numbers" means the most recently recorded personal telephone number for an Eligible Settlement Class Member as shown in Defendants' records.

1.16    "Litigation" or the "Lawsuit" or the "Action" mean the lawsuit entitled *Navarro v. First Student Inc. and First Student Management, LLC*, No. 23-CV-04356 filed in the United States District Court for the Northern District of Illinois.

1.17    "Preliminary Approval Order" means the order to be entered by the Court granting preliminary approval to the settlement described in this Agreement following submission to the Court of Plaintiffs' unopposed motion for entry of the Preliminary Approval Order as an Order of Court. Preliminary Approval Order refers to the Order of the Court: (1) asserting jurisdiction over the implementation and administration of this Agreement; (2) adjudging, on a preliminary basis, the terms of the Agreement to be fair, reasonable and adequate, and in the best interests of the Eligible Settlement Class Members, and directing consummation of its terms and provisions; (3) appointing Named Plaintiff as Class Representative, who together with Class Counsel, shall be authorized to act on behalf of the Eligible Settlement Class Members with respect to the Litigation and this Agreement; (4) approving as to the form and content of the Notice of Settlement of Class and Collective Action Lawsuit and Fairness Hearing, and authorizing the first-class mailing of the same to all Eligible Settlement Class Members; (5) appointing Plaintiffs' Counsel as Class Counsel for the Eligible Settlement Class Members; (6) appointing a third-party claims administrator who is acceptable to the Parties as the Settlement Administrator; and (7) setting a 60 calendar day deadline (Bar Date) for Eligible Settlement Class Members to submit to Class Counsel for filing an Opt-Out Statement requesting exclusion from the settlement and release of their claims, as defined in Section 3.4 below, from the date of mailing of the Notice. The proposed Preliminary Approval Order that will be submitted to the Court with Named Plaintiff's unopposed motion is attached as **Exhibit B**.

1.18    "Participating Settlement Class Members" means each Eligible Settlement Class Member, including Named Plaintiff, who does not file an Opt-Out Statement requesting exclusion from the settlement.

1.19    "Qualified Settlement Fund" or "QSF" means the account established by the Settlement Administrator under Section 468B of the Internal Revenue Code and Treas. Reg. § 1.468B-1, 26 C.F.R. § 1.468B-1, *et seq.* into which Defendants will pay the Gross Settlement Amount. The QSF will be controlled by the Settlement Administrator subject to the terms of this Agreement and the Court's Approval Order.

1.20    "Released Parties" means: (a) Defendants First Student, Inc. and First Student Management, LLC; and (b) their past, present and future officers, directors, shareholders, owners, parent companies and affiliates (and their respective officers, directors, shareholders, employees, agents, and representatives), subsidiaries, divisions, business units, joint venturers, predecessors, successors in interest (and their successors), affiliated and/or related entities, partners, limited partners, and assigns, or divisions or assigns thereof, as well as any current or former representatives, partners, officers, directors, trustees, agents, employees, attorneys, customers, subsidiaries, divisions, business units,

5

joint venturers, predecessors, successors in interest (and their successors), affiliated and/or related entities, partners, limited partners, and assigns, or divisions or assigns thereof), insurers, reinsurers, indemnitors, or employee benefit or welfare program or plan (including the administrators, trustees, fiduciaries, and insurers of such program or plan) of an entity referenced above.

1.21    "Settlement" means the settlement between the Parties embodied and contained in this Agreement.

1.22    "Settlement Administrator" means the settlement administrator proposed by Class Counsel and approved by Defendants' Counsel.

1.23    "Settlement Check" means the check issued to each Participating Settlement Class Member for their proportionate share of the Class Members Settlement Amount.

1.24    "Settlement Notice" means the document entitled Notice of Settlement, to be approved by the Court in a form substantially similar to the Notice attached hereto as **Exhibit D.**

1.25    "State Law Claims" means any and all claims, debts, obligations, guarantees, costs, expenses, attorneys' fees, demands, actions, rights, causes of action, and liabilities, whether known or unknown arising under state statutes, regulations, or common law that accrued or arose during employment with either of the Defendants from July 6, 2020 through November 30, 2024 against any of the Released Parties that were or could have been asserted in the Complaint or Amended Complaint relating to the payment of, overtime wages, and deductions from those wages, for alleged unpaid wages, overtime compensation, liquidated or other damages, unpaid costs, penalties (including late payment penalties), interest, attorneys' fees, litigation costs, restitution or other compensation and relief. This release includes, but is not limited to, any and all such state law claims which were or which could have been asserted in the Litigation, including any failure to pay any type of overtime compensation, spread-of-hours pay, minimum wages, any failure to pay timely wages, including payment of wages at termination, any alleged deduction from wages and/or allegedly illegal payments by separate transaction, all claims for penalties or additional damages, including without limitation waiting time penalties. The State Law Claims include, but are not limited to, all such claims arising under the laws of Illinois, including the Illinois Minimum Wage Law (820 Ill. Comp. Stat. 105), the Illinois Wage Payment and Collection Act (820 Ill. Comp. Stat. 115), related Illinois wage regulations (56 Ill. Admin. Code §§ 210, 300), 820 Ill. Comp. Stat. 115/9,and 56 Ill. Admin. Code § 300.700 *et seq.*

## 2.    SETTLEMENT TERMS

### 2.1    Settlement Payments

2.1.1    Defendants agree to pay the Gross Settlement Amount to fully resolve the Litigation and satisfy all amounts to be paid to Participating Settlement Class Members, any Court-approved Service Award, the Settlement Administrator's fees and costs, and Class Counsel's attorneys' fees and costs. Defendants will not be

required to pay more than the Gross Settlement Amount under the terms of this Agreement, with the exception of Employer Payroll Taxes.

2.1.2    Within fourteen (14) calendar days following the Effective Date, Defendants shall deposit the Gross Settlement Amount into the QSF.

2.1.3    Any portion of the Class Members Settlement Amount that is unclaimed by Participating Settlement Class Members who do not sign and cash their Settlement Checks during the Acceptance Period shall be placed in the Illinois unclaimed property fund.

## 2.2    Settlement Amounts Payable as Attorneys' Fees and Costs

2.2.1    In their Motion for Preliminary Approval, Class Counsel shall request the Court to approve payment of up to one-third (1/3) of the Gross Settlement Amount as an award of attorneys' fees.  In addition, Class Counsel shall seek reimbursement of reasonable actual case-related costs and expenses, namely $6,032, from the Gross Settlement Amount.  These amounts shall constitute full satisfaction of any claim for attorneys' fees or costs, and Named Plaintiff agrees that Named Plaintiff and/or Class Counsel shall not seek, nor be entitled to, any additional attorneys' fees or costs under any theory or from any source, incurred in relation to this case. Defendant shall not object or otherwise comment on a reasonable application for fees and costs by Class Counsel.

2.2.2    Class Counsel reserves the right to appeal any order issued by the Court regarding an award of attorneys' fees and costs if the award falls below that requested. However, the Court shall consider Class Counsel's application for attorneys' fees and costs separately from the Court's consideration of whether this Agreement represents a fair and reasonable resolution of a *bona fide* dispute under the FLSA and the IMWL. The outcome of any proceeding related to Class Counsel's application for attorneys' fees and costs shall not terminate this Agreement or otherwise affect the Court's ruling on the Motion for Preliminary Approval. If the Court awards less than the requested amounts and Class Counsel does not appeal that award, or if Class Counsel appeals the award and the result of that appeal is an award of less than the amounts requested, only the awarded amounts shall be paid to Class Counsel and shall constitute full satisfaction of Defendants' obligation to pay attorneys' fees and costs. Any money requested for attorneys' fees or costs that is not approved by the Court, or by an appellate court if there is an appeal, shall become part of the Class Members Settlement Amount.

## 2.3    Service Award to the Named Plaintiff

2.3.1    In the Motion for Preliminary Approval, the Named Plaintiff will apply to the Court to receive $5,000 from the Gross Settlement Amount ("Service Award") for the services she rendered to Eligible Settlement Class Members. Defendants do not oppose the Named Plaintiff's request for the Service Award.

7

2.3.2 The Service Award and any requirements for obtaining any such payment are separate and apart from, and in addition to, Named Plaintiff's recovery from the Class Members Settlement Amount as an Eligible Settlement Class Member or Participating Settlement Class Member. The substance of the Named Plaintiff's application for a Service Award is not part of this Agreement and is to be considered separately from the Court's consideration of whether the Agreement represents a fair and reasonable resolution of a *bona fide* dispute under the FLSA and the IMWL. The outcome of the Court's ruling on the application for a Service Award shall not terminate this Agreement or otherwise affect the Court's ruling on the Motion for Preliminary Approval. Any Service Award money not approved by the Court shall become part of the Class Members Settlement Amount.

**2.4    Distribution of Payments**

2.4.1 The payments from the Gross Settlement Amount to Class Counsel for any Court-approved attorneys' fees and costs will be wired or mailed to Plaintiffs' Counsel by the Settlement Administrator within fourteen (14) days following the date Defendants deposit the Gross Settlement Amount in the QSF.

2.4.2 The Court-approved Service Award, allocated from the Gross Settlement Amount, shall be mailed to the Named Plaintiff from the QSF by the Settlement Administrator within fourteen (14) days following the date Defendants deposit the Gross Settlement Amount in the QSF.

2.4.3 The Settlement Checks will be mailed to Participating Settlement Class Members by the Settlement Administrator within thirty (30) days following the date Defendants deposit the Gross Settlement Amount in the QSF.

2.4.4 The Settlement Awards for Participating Settlement Class Members will be paid from the Class Members Settlement Amount. The owed overtime wages for each Eligible Settlement Class Member was determined by Plaintiffs' Counsel by examining data received from Defendants in this Lawsuit.

2.4.5 Pro Rata Distribution of Class Members Settlement Amount. The sum of each Participating Settlement Class Member's owed overtime shall be divided by the sum of all Participating Settlement Class Members' owed overtime. The quotient, expressed as a percentage, shall represent each Participating Settlement Class Member's Pro Rata Factor. Each Participating Settlement Class Member's individual Settlement Check will be their Pro Rata Factor multiplied by the Class Members Settlement Amount. Exhibit A shows the estimated net amount for each Eligible Settlement Class Member.

**2.5 Tax Characterization of Payments**

2.5.1 For tax purposes, portions attributed to alleged wage damages, as set forth in Exhibit A, shall be treated as owed wages and portions alleged as non-wage damages shall be treated as non-wage compensation.

**2.5.2**   Payments treated as owed wages shall be made net of all applicable employment taxes, including, without limitation, federal, state and local income tax withholding and the employee share of the FICA tax, and shall be reported as earned in the year of payment to the Internal Revenue Service ("IRS") and the payee under the payee's name and Social Security number on an IRS Form W-2. Payments treated as non-wages shall be made without withholding and shall be reported as earned in the year of payment to the IRS and the payee, to the extent required by law, under the payee's name and Social Security number on an IRS Form 1099. The Settlement Administrator shall be responsible for determining the appropriate number of exemptions to be used in calculating payroll tax and withholding, deciding the appropriate tax rate, issuing the Settlement Checks and Service Awards and issuing IRS Forms W-2 and Form 1099. Payments of attorneys' fees and costs shall be made without withholding, and be reported to the IRS and to each payee under the payee's name and taxpayer identification number, which each such payee shall provide for this purpose, on an IRS Form 1099. Any Service Award shall be deemed non-wage compensation in its entirety.

**2.5.3**   None of the amounts paid to the Named Plaintiff or Participating Settlement Class Members shall create any credit for, be included in, or otherwise affect the calculation or the accrual of any employee benefits in any plans, programs, agreements or policies sponsored, maintained or contributed to by Defendants, including for purposes of any bonus of any kind.

# 3   THE SETTLEMENT ADMINISTRATOR'S DUTIES AND SETTLEMENT TIMELINE

## 3.1   Settlement Administrator Duties

**3.1.1**   Class Counsel will be responsible for retaining the Settlement Administrator. The Settlement Administrator will be responsible for locating Eligible Settlement Class Members through all reasonable efforts; mailing notice packages to Eligible Settlement Class Members in accordance with the Court's Preliminary Approval Order; responding to inquiries from Eligible Settlement Class Members; addressing disputes relating to Eligible Settlement Class Members' settlement share amounts; reporting on the state of the Settlement to the Parties; distributing Service Awards; calculating the Settlement Checks in accordance with the Court's Final Approval Order (with the assistance and input of the Parties); distributing the Settlement Checks to Participating Settlement Class Members; providing to the Parties for filing with the Court copies of timely submitted and rejected Opt-Out Statements, as defined in Section 3.4 below; preparing a declaration regarding its due diligence in the claims administration process; providing counsel with any information related to the administration of the settlement upon request; and performing such other duties as the Court or the Parties may jointly direct or as are specified herein.

**3.1.2**   The Parties will have equal access to the Settlement Administrator and all information related to the administration of the Settlement, except that Class Counsel will not be privy to contact information of Eligible Settlement Class

Members unless they become Participating Settlement Class Members, and Class Counsel will not be provided social security numbers of Eligible or Participating Settlement Class Members. The Settlement Administrator shall provide information to counsel for either Party upon request, subject to the restrictions above. The Settlement Administrator will provide regular reports to counsel for the Parties regarding the status of the mailing of the Notices to Eligible Settlement Class Members, the claims administration process, and distribution of the Settlement Checks.

**3.1.3** Defendants agree to cooperate with the Settlement Administrator, provide accurate information, to the extent reasonably available, necessary to calculate the Settlement Checks, and assist the Settlement Administrator in locating Eligible Settlement Class Members. The Parties agree that it is their mutual goal to maximize participation in the Settlement.

**3.2** <u>**Motion for Entry of the Preliminary Approval Order.**</u>

**3.2.1** The Parties shall seek Court approval of this Agreement. The Parties agree that, no later than 30 days following the date on which this Agreement is executed by all Parties, Named Plaintiff will file an unopposed motion for entry of the Preliminary Approval Order.

**3.2.2** The motion shall be prepared by Class Counsel and subject to the prior review and approval of Defendants' Counsel. In connection with the preliminary approval motion, Named Plaintiff will submit to the Court a proposed Notice of Settlement of Class and Collective Action Lawsuit and Fairness Hearing; a proposed distribution method for the Gross Settlement Amount and calculation of the Settlement Checks (to be consistent with the terms of this Agreement); and a proposed Preliminary Approval Order. These documents are also subject to the prior review and approval of Defendants' Counsel. Defendants will not oppose the Preliminary Approval Motion so long as it is consistent with the terms of this Agreement.

**3.2.3** The proposed Preliminary Approval Order will include the findings required by Federal Rule of Civil Procedure 23(a) and 23(b)(3). The preliminary approval motion also will seek the setting of date(s) for Eligible Settlement Class Members to submit Opt-Out Statements, as defined in Section 3.4 below, or provide objections to this Agreement, which date will be 60 calendar days from the mailing of the Notice to the Eligible Settlement Class Member, and for a Fairness Hearing for Final Approval of the settlement before the Court at the earliest practicable date.

**3.2.4** In connection with the submission of the motion seeking entry of the Preliminary Approval Order, and again in seeking entry of the Final Approval Order, Class Counsel will seek an award of Attorneys' Fees and Expenses Payment of up to $181,032.00 which is inclusive of an award of costs and expenses of up to $6,032.00. Defendants will not oppose this request.

**3.2.5** In the preliminary approval motion, Class Counsel will inform the Court of the intended process to obtain a "Final Approval Order" and a "Judgment of Dismissal" that will, among other things: (1) approve the settlement as fair, adequate and reasonable; (2) incorporate the terms of the releases, as described herein; (3) dismiss the Lawsuit with prejudice; (4) award Class Counsel fees and costs; (5) set forth the Service Award to Named Plaintiff; and (6) set a hearing date for Named Plaintiff's Final Approval Motion for approximately 120 days after the date Preliminary Approval is granted. Defendants will not oppose the preliminary approval motion.

**3.2.6** If the Court determines that any aspect of the Agreement is not appropriate, the Parties will reconvene settlement discussions and attempt to rework a settlement to be presented to the Court within 45 days of the Order denying settlement.

**3.2.7** If Named Plaintiff chooses to submit any of Defendants' confidential financial information or records as evidence supporting the preliminary approval motion, such financial information may only be submitted under seal. Named Plaintiff agrees to prepare and file the necessary papers to obtain the Court's approval to file the records under seal, which request Defendants agree to join.

**3.2.8** If the Court denies the preliminary approval motion, the Parties jointly agree to seek reconsideration of the ruling if appropriate or will agree to meet and confer in good faith in order to seek Court approval of a renegotiated settlement. In the event that preliminary approval is denied with prejudice, the Lawsuit will resume as if no settlement had been attempted and this Agreement shall be made moot. Defendants retain the right to contest whether the litigation should be maintained as a class or collective action and to contest the merits of the claims being asserted in the Lawsuit.

**3.2.9** The Parties will work together, diligently and in good faith, to obtain expeditiously a Preliminary Approval Order and Final Approval Order.

**3.3** **Notice Procedure for Eligible Settlement Class Members.**

**3.3.1** Within 7 calendar days of execution of this Agreement, Defendants will provide Class Counsel with sufficient data for Class Counsel to calculate the award for each individual class member, to the extent that it has not already done so.

**3.3.2** Within 14 calendar days of the Court's issuance of a Preliminary Approval Order, Defendants will provide the Settlement Administrator and Class Counsel, in electronic form, the following information for each Eligible Settlement Class Member: name, Social Security Number (to the Settlement Administrator only), last known mailing address, last known personal and business email address (to the extent they are maintained in an existing and readily-accessible electronic database) ("Class List").

**3.3.3** Within 7 calendar days of the receipt of the Class List from Defendants, the Settlement Administrator will mail to all Eligible Settlement Class Members, via First-Class United States Mail, postage prepaid, the Court-approved Notice of Settlement of Class and Collective Action Lawsuit and Fairness Hearing. A pre-paid, business reply envelope shall be included with the mailing to each Eligible Settlement Class Member. The Notice shall inform each Eligible Settlement Class Member of the following:

1. the ability to participate in the Settlement;
2. the approximate settlement amount he/she is entitled to claim if he/she does not submit an Opt-Out Statement;
3. the procedure for opting out of the Settlement; and
4. that failure to opt out of the Settlement will result in the release of the State Law and Federal Law Claims against the Released Parties.

**3.3.4** Within 30 days after the initial emailing and mailing, an identical Notice packet will be sent to the Eligible Settlement Class Members.

**3.3.5** The Settlement Administrator shall mail a Court-approved Notice to any Eligible Settlement Class Member who contacts the Settlement Administrator or Class Counsel and requests that a Notice be re-sent, which mailing shall not alter the applicable Bar Date.

**3.3.6** The Settlement Administrator shall take all reasonable steps to obtain the correct address of Eligible Settlement Class Members for whom the Settlement Notice is returned by the United States Postal Service as undeliverable and shall make all reasonable attempts to ensure that the Settlement Notice is successfully delivered. The Settlement Administrator will notify Plaintiffs' Counsel and Defendants' Counsel of any mailing sent to any Eligible Settlement Class Member that is returned as undeliverable.

**3.4**    **Eligible Settlement Class Members' Submission of Opt-Out Statement.**

**3.4.1** Eligible Settlement Class Members who choose to opt-out of the Settlement as set forth in this Agreement must mail, via First-Class United States Mail, postage prepaid, a written, signed statement to the Settlement Administrator that includes his or her name, job title, address, and telephone number and states, "I opt out of the Settlement in the First Student wage and hour settlement" ("Opt-Out Statement"). To be effective, an Opt-Out Statement must be received by the Settlement Administrator on or before the Bar Date. In the event an Eligible Settlement Class Member submits an Opt-Out Statement in a timely manner (i.e., received by the Settlement Administrator on or before the Bar Date), but the document is incomplete or otherwise deficient in one or more aspects, the Settlement Administrator will return the deficient document to the individual with a letter explaining the deficiencies and stating that the individual will have 14 days from the date that the deficiency notice is mailed to correct the deficiencies and resubmit the Opt-Out Statement to the Settlement Administrator. The envelope

12

containing the corrected and resubmitted document must be postmarked within 14 days of the date that the deficiency notice is mailed to the individual to be considered timely. Untimely submission and/or submission of an Opt-Out Statement that fails to include all required information shall be deemed invalid and not result in the Eligible Settlement Class Member's exclusion from the coverage of this Agreement. An Eligible Settlement Class Member who submits a valid and timely Opt-Out Statement will not be entitled to any payments under this Agreement.

3.4.2    In the event an Eligible Settlement Class Member's first Notice package was returned to the Settlement Administrator as undeliverable and a second Notice is mailed to a corrected address, the applicable Bar Date shall be extended by 14 days.

3.4.3    The Settlement Administrator shall keep accurate records of the dates on which all Notices are mailed to Eligible Settlement Class Members, including initial and subsequent mailings.

3.4.4    The Settlement Administrator will stamp a received date on the original of each completed Opt-Out Statement it receives and shall serve copies of each completed Opt-Out Statement on Class Counsel and Defendants' Counsel not later than three (3) business days after receipt thereof.

3.4.5    The Parties agree that any Eligible Settlement Class Member who does not properly and timely submit an Opt-Out Statement will release any and all State Law and Federal Law Claims against the Released Parties once the Final Approval Order is entered and the time for appeals has expired.

## 3.5    Objections to Settlement

3.5.1    Participating Settlement Class Members who wish to object to the settlement must do so in writing. To be considered, a written objection must be mailed via First-Class United States Mail, postage prepaid, and sent to the Court, Class Counsel and Defendants' Counsel. The written objection must include all reasons for the objection. Any reasons not included in the written objection will not be considered. The written objection must also include the name, mailing address, and telephone number for the Participating Settlement Class Member making the objection.

3.5.2    A Participating Settlement Class Member who properly submits objections to the settlement ("Objector") also has the right to appear at the Fairness Hearing either in person or through counsel hired by the Objector. An Objector who wishes to appear at the Fairness Hearing must state his or her intention to do so in writing on his or her written objection(s) at the time he or she submits the written objection(s) by including the words, "I intend to appear at the fairness hearing" in his or her written objection. An Objector may withdraw his or her objections at any time. No Participating Settlement Class Member may present an objection at the Fairness Hearing unless he or she has filed a timely objection that complies with the terms of this Agreement. No Participating Settlement Class Member may present an

13

objection at the Fairness Hearing based on a reason not stated in his or her written objection(s). An Eligible Settlement Class Member who has submitted an Opt-Out Statement Form may not submit objections to the Settlement.

**3.5.3** The Parties may file with the Court written responses to any filed objections no later than three (3) business days before the Fairness Hearing.

## 3.6    <u>Settlement Administrator's Certification.</u>

**3.7** Within 7 days of the latest Bar Date, the Settlement Administrator shall provide to the Parties a declaration certifying completion of the notification process, collection and compilation of Opt-Out Statements, and Rule 23 opt-out process in accordance with the Court's Preliminary Approval Order.

**3.8** The declaration shall include or attach: (i) a numbered list of all Eligible Settlement Class Members to which Notices were mailed, including the date of mailing; (ii) a numbered list of all Eligible Settlement Class Members to which Notices were returned undeliverable; (iii) a numbered list of all Eligible Settlement Class Members to which Notices were re-mailed, including the date of re-mailing; (iv) a numbered list of Eligible Settlement Class Members who timely returned valid Opt-Out Statements; and (v) a numbered list of Eligible Settlement Class Members who submitted untimely or invalid Opt-Out Statements (including the date of receipt and Bar Date and/or a short explanation of the reason for being invalid).

**3.9** The Settlement Administrator shall also attach copies of all Opt-Out Statements and Objections received, which shall be organized together as separate exhibits to the declaration.

**3.10** The Settlement Administrator will retain the stamped originals of all completed Opt-Out Statements and Objections in its files until such time as the Settlement Administrator is relieved of its duties and responsibilities under this Agreement.

## 3.11    <u>Settlement Approval Procedures.</u>

**3.11.1** The date of the Fairness Hearing will be set by the Court on a date that enables the Parties to comply with any notice requirements of the Class Action Fairness Act, 28 U.S.C. § 1715 (that is, not earlier than 100 days following the date on which Named Plaintiffs file with the Court the unopposed motion for entry of the Preliminary Approval Order as an Order of Court).

**3.11.2** Not later than 7 calendar days before the date of the Fairness Hearing, Named Plaintiff will submit a Motion for Judgment and Final Approval Order. Defendants will not oppose Named Plaintiff's request.

**3.11.3** At the Fairness Hearing, the Parties will request that the Court, among other things, (a) certify a class for purposes of settlement pursuant to Fed. Rule Civ. P. 23; (b) approve the Settlement with respect to all Participating Settlement Class

Members; (c) enter Judgment in accordance with this Agreement; (d) approve the settlement and Agreement as final, fair, reasonable, adequate, and binding on all Plaintiffs and Participating Settlement Class Members; and (e) dismiss the Lawsuit with prejudice.

**3.11.4** In the event the Court fails to enter Judgment in accordance with this Agreement or such Judgment does not become Final as defined herein, the Parties shall resume the litigation in this Lawsuit unless the Parties jointly agree to: (1) seek reconsideration or appellate review of the decision denying entry of Judgment; or (2) attempt to renegotiate the settlement and seek approval of the renegotiated settlement. In the event any reconsideration and/or appellate review is denied, or a mutually agreed-upon settlement is not approved:

**3.11.5** The litigation will proceed as if no settlement had been attempted. Defendants may contest whether this litigation should be maintained as a class or collective action and contest the merits of the claims being asserted by Named Plaintiff in this action. In such a case, the Parties will negotiate and submit for Court approval a revised case management schedule.

**3.11.6** The Parties will provide notice to Participating Settlement Class Members that the Agreement did not receive final approval and that, as a result, no payments will be made to Participating Settlement Class Members under the Agreement. Such notice shall be mailed by the Settlement Administrator via First-Class United States Mail, postage prepaid, to the addresses used by the Settlement Administrator in mailing the Notices of Proposed Settlement. The cost of such Notice shall be split so that Plaintiffs pay 50% and Defendants pay 50%.

**3.12** **Settlement Fund Payment**

**3.12.1** Settlement Checks issued pursuant to this Agreement shall expire 180 days after they are mailed. In the event a Participating Settlement Class Member reports a lost or destroyed Settlement Check within 180 days after the mailing date, the Settlement Administrator shall issue a stop payment order on the original check and issue a new check. In no event shall a Participating Settlement Class Member be issued a replacement check until any prior check sent to them has been cancelled and only one replacement check will be issued to any Participating Settlement Class Member, unless the parties mutually agree to send additional replacement check(s).

**3.12.2** The Settlement Administrator shall issue funds attributed to uncashed settlement checks to the Illinois unclaimed property fund within 30 days of the expiration of the 180 day period during which the check could be cashed.

**4** **RELEASE OF CLAIMS**

**4.1** **Release of Claims.** By operation of the entry of the Judgment and Final Approval, and except as to such rights or claims as may be created by this Agreement:

**4.1.1** **NAMED PLAINTIFF**:  On or before the Effective Date of this Agreement, Named Plaintiff agrees to execute the General Release Agreement, in the form attached hereto as **Exhibit E.**

**4.1.2** **PARTICIPATING CLASS MEMBERS**:  Each individual Participating Settlement Class Member who does not timely opt-out pursuant to Section 3.4 of this Agreement fully, finally and forever releases, remises and discharges the Released Parties from all State Law and Federal Law Claims ("Released Claims").

**4.1.3** Named Plaintiff and Participating Settlement Class Members further covenant and agree that, since they are settling disputed claims, they will not accept, recover or receive any back pay, liquidated damages, other damages or any other form of relief based on any claims asserted or settled in this Lawsuit which may arise out of, or in connection with any other individual, class or any administrative or arbitral remedies pursued by any individual, class, union or federal, state or local governmental agency against Defendants. This provision applies to any pending claim or case that has not resulted in a final decision on the merits and/or damages prior to the Court's Final Approval Order.

**4.1.4** Except as provided in this Agreement, Class Counsel and Named Plaintiff, on behalf of the Participating Settlement Class Members individually and collectively, hereby irrevocably and unconditionally release, acquit, and forever discharge any claim that he, she or they may have against Defendants for attorneys' fees or costs associated with Class Counsel's representation of the Participating Settlement Class Members in this Litigation. Class Counsel further understands and agrees that the Attorneys' Fees and Expenses Payment must be approved by the Court as part of the approval of the settlement and will be the full, final and complete payment of all attorneys' fees and costs associated with Class Counsel's representation in the Civil Action.

**4.2** **Non-Admission of Liability.**  By entering into this Agreement, Defendants in no way admit any violation of law or any liability whatsoever to the Named Plaintiff, Eligible or Participating Settlement Class Members, or any other individual, individually or collectively, all such liability being expressly denied.  Likewise, by entering into this Agreement, Defendants in no way admit to the suitability of this case for class or collective action litigation other than for purposes of settlement.  Rather, Defendants enter into this agreement to avoid further protracted litigation and to resolve and settle all disputes.  Settlement of this Litigation, negotiation and execution of this Agreement, and all acts performed or documents executed pursuant to or in furtherance of this Agreement or the settlement:  (a) are not, shall not be deemed to be, and may not be used as an admission or evidence of any wrongdoing or liability on part of the Defendants or of the truth of any of the factual allegations asserted in the Litigation; (b) are not, shall not be deemed to be, and may not be used as an admission or evidence of fault or omission on the part of Defendants in any civil, criminal, administrative or arbitral proceeding; and (c) are not, shall not deemed to be, and may not be used as an admission or evidence of the appropriateness of these or similar claims for class certification or administration or collective action treatment other than for purposes of administering this Agreement.  The Parties understand

16

and agree that this Agreement and all exhibits hereto are settlement documents and shall be inadmissible in evidence in any proceeding, except an action or proceeding to approve, interpret, or enforce the terms of the Agreement.

## 5  PARTIES' AUTHORITY

**5.1**    The signatories hereto hereby represent that they are fully authorized to enter into this Agreement and to bind the Parties to its terms and conditions.

**5.2**    All Parties have been represented by counsel throughout all negotiations which preceded the execution of this Agreement and this Agreement is made with the consent and advice of counsel. Class Counsel represents that the terms and conditions of this settlement are fair, reasonable, adequate, beneficial to and in the best interest of Named Plaintiff and the Participating Settlement Class Members. Named Plaintiff, as the Class Representative, and Class Counsel represent that they are fully authorized to enter into this Agreement and to bind the Participating Settlement Class Members to the terms and conditions thereof.

**5.3**    All the Parties acknowledge that they have been represented by competent, experienced counsel throughout all negotiations which preceded the execution of this Agreement, and this Agreement is made with the consent and advice of counsel who have jointly prepared this Agreement.

**5.4**    It is agreed that because the number of Eligible Settlement Class Members is so numerous, it is impossible or impractical to have each member execute this Agreement. The Notice will advise all Eligible Settlement Class Members of the binding nature of the release as described in this Agreement for those Participating Settlement Class Members, and that the release will have the same force and effect for Participating Settlement Class Members as if this Agreement were executed by each of them individually.

**5.5**    The Agreement will be binding upon and inure to the benefit of the Parties and their respective heirs, trustees, executors, administrators, successors, and assigns.

## 6  MUTUAL COOPERATION

**6.1**    The Parties to this Agreement shall use their all efforts defined in this Agreement and any other efforts required by order of the Court to effectuate this Agreement and the terms set forth herein.  As soon as practicable after execution of this Agreement, Class Counsel shall take all necessary steps to secure the Court's approval of this Agreement.

## 7  NOTICES

**7.1**    Unless otherwise specifically provided herein, all notices, demands or other communications given hereunder shall be in writing and shall be deemed to have been duly given as of the third business day after email or mailing by United States registered or certified mail, return receipt requested, addressed as follows:

To Plaintiffs and/or Settlement Class:

David J. Fish
John Kunze
Workplace Law Partners, P.C.
155 N. Michigan Ave. Ste 719
Chicago, IL 60601


<u>To Defendants</u>:

Darren M. Mungerson
Angela Huisingh
Littler Mendelson, P.C.
321 North Clark Street, Ste. 1100
Chicago, IL  60654


## 8   INTERPRETATION AND ENFORCEMENT/MISCELLANEOUS TERMS

**8.1**   <u>No Assignment</u>. Class Counsel and Plaintiff represent and warrant that they have not assigned or transferred, or purported to assign or transfer, to any person or entity, any claim or any portion thereof or interest therein, including, but not limited to, any interest in the Litigation, or any related action, and any attempt to do so shall be of no force or effect.

**8.2**   <u>Entire Agreement</u>. This Agreement constitutes the entire agreement between the Parties with regard to the subject matter contained herein. Any revision to this Agreement must be in writing and executed by the Parties.

**8.3**   <u>Binding Effect</u>. This Agreement shall be binding upon the Parties and, with respect to Plaintiffs, their spouses, children, representatives, heirs, administrators, executors, beneficiaries, conservators, attorneys and assigns.

**8.4**   <u>Captions</u>.  The captions or headings of the sections and paragraphs of this Agreement have been inserted for convenience of reference only and shall have no effect upon the construction or interpretation of any part of this Agreement.

**8.5**   <u>Construction</u>. The determination of the terms and conditions of this Agreement has been by mutual agreement of the Parties.  Each Party participated jointly in the drafting of this Agreement, and therefore the terms and conditions of this Agreement are not intended to be, and shall not be, construed against any party by virtue of draftsmanship.

**8.6**   <u>Governing Law</u>. This Agreement shall in all respects be interpreted, enforced and governed by and under the laws of the State of Illinois, without regard to choice of law principles, except to the extent that the law of the United States governs any matter set forth herein, in which case such federal law shall govern.

**8.7**   <u>Continuing Jurisdiction</u>. The Court shall retain jurisdiction over the interpretation and implementation of this Agreement as well as any and all matters arising out of, or related

18

to, the interpretation or implementation of this Agreement and of the Settlement contemplated thereby.

8.8    <u>Waivers, etc. to Be in Writing</u>. No waiver, modification or amendment of the terms of this Agreement, whether purportedly made before or after the Court's Preliminary or Final Approval of this Agreement, shall be valid or binding unless in writing, signed by or on behalf of all Parties, and then only to the extent set forth in such written waiver, modification or amendment with any required Court approval. Any failure by any party to insist upon the strict performance by the other party of any of the provisions of this Agreement shall not be deemed a waiver of future performance of the same provisions or of any of the other provisions of this Agreement, and such party, notwithstanding such failure, shall have the right thereafter to insist upon the specific performance of any and all of the provisions of this Agreement.

8.9    <u>Counterparts</u>. The Parties may execute this Agreement in counterparts, and execution in counterparts shall have the same force and effect as if all Parties had signed the same original instrument.

8.10    <u>Signatures and Transmittal</u>. Any party may execute this Agreement by causing its counsel to sign on the designated signature block below and transmitting that signature page via facsimile, email or other electronic means to counsel for the other party. Any signature made and transmitted by facsimile or email for the purpose of executing this Agreement shall be deemed an original signature for purposes of this Agreement and shall be binding upon the party whose counsel transmits the signature page by facsimile or email.

8.11    <u>Signatories</u>. This Agreement is valid and binding if signed by Defendants' authorized representative and Plaintiffs' Counsel.

*Signatures on Following Page*

**IN WITNESS WHEREOF**, and intending to be legally bound, the Parties hereby execute this Agreement on the dates indicated below:

Dated:  October **8**, 2025          **First Student Inc.**

By: _____

Its: _____

Dated:  October **8**, 2025          **First Student Management, LLC.**

By: _____

Its: _____

Dated:  October 7, 25, 2025

_____
**NORMA NAVARRO**

20

| ID | Est. Net | ID | Est. Net | ID | Est. Net | ID | Est. Net | ID | Est. Net |
|---|---|---|---|---|---|---|---|---|---|
| 23 | $6.20 | 2721 | $20.52 | 5579 | $12.49 | 8103 | $36.94 | 10630 | $25.36 |
| 43 | $77.18 | 2733 | $1,151.70 | 5582 | $6.20 | 8113 | $36.23 | 10631 | $67.28 |
| 45 | $6.83 | 2735 | $56.27 | 5583 | $742.00 | 8114 | $7.45 | 10633 | $19.64 |
| 59 | $2,465.63 | 2748 | $5.45 | 5584 | $38.87 | 8122 | $147.51 | 10638 | $166.45 |
| 72 | $14.17 | 2749 | $30.05 | 5604 | $5.53 | 8124 | $6.20 | 10649 | $7.55 |
| 78 | $30.80 | 2750 | $398.04 | 5612 | $108.78 | 8126 | $111.95 | 10650 | $6.20 |
| 87 | $6.20 | 2755 | $6.20 | 5621 | $303.30 | 8140 | $113.67 | 10652 | $91.15 |
| 88 | $1,044.09 | 2760 | $138.69 | 5627 | $167.84 | 8165 | $39.84 | 10658 | $334.06 |
| 90 | $23.96 | 2772 | $145.68 | 5635 | $242.77 | 8172 | $979.54 | 10659 | $417.30 |
| 92 | $37.67 | 2779 | $782.22 | 5639 | $24.90 | 8173 | $20.16 | 10677 | $6.20 |
| 99 | $10.65 | 2781 | $207.15 | 5640 | $6.20 | 8179 | $944.94 | 10679 | $29.49 |
| 105 | $283.87 | 2783 | $179.93 | 5663 | $6.20 | 8199 | $271.56 | 10681 | $690.25 |
| 115 | $31.53 | 2788 | $34.15 | 5672 | $392.28 | 8208 | $15.12 | 10692 | $18.39 |
| 121 | $60.34 | 2797 | $65.73 | 5677 | $20.75 | 8212 | $200.03 | 10702 | $6.20 |
| 125 | $6.67 | 2798 | $6.60 | 5682 | $114.26 | 8216 | $1,923.45 | 10707 | $100.80 |
| 142 | $96.99 | 2799 | $27.85 | 5685 | $8.31 | 8224 | $47.88 | 10728 | $12.03 |
| 155 | $469.85 | 2801 | $37.92 | 5686 | $7.15 | 8226 | $15.14 | 10732 | $54.77 |
| 162 | $306.24 | 2802 | $218.82 | 5687 | $21.83 | 8230 | $49.37 | 10736 | $43.76 |
| 165 | $1,602.42 | 2808 | $87.18 | 5689 | $22.28 | 8236 | $369.09 | 10737 | $11.25 |
| 174 | $80.19 | 2812 | $466.00 | 5695 | $9.42 | 8242 | $20.93 | 10740 | $174.49 |
| 175 | $91.78 | 2815 | $11.98 | 5697 | $8.20 | 8244 | $329.43 | 10746 | $6.20 |
| 183 | $8.59 | 2816 | $60.35 | 5700 | $349.86 | 8255 | $377.19 | 10758 | $132.41 |
| 193 | $6.20 | 2819 | $6.20 | 5703 | $13.95 | 8261 | $28.54 | 10760 | $27.46 |
| 194 | $1,341.68 | 2824 | $545.91 | 5708 | $83.97 | 8263 | $178.44 | 10764 | $6.20 |
| 199 | $6.20 | 2856 | $345.65 | 5715 | $271.92 | 8265 | $494.78 | 10770 | $195.16 |
| 200 | $8.99 | 2872 | $5.50 | 5719 | $41.95 | 8268 | $64.20 | 10774 | $50.45 |
| 208 | $6.76 | 2882 | $272.92 | 5723 | $19.74 | 8276 | $87.96 | 10789 | $8.35 |
| 220 | $14.03 | 2888 | $46.81 | 5738 | $180.04 | 8286 | $29.35 | 10795 | $700.96 |
| 222 | $89.34 | 2899 | $38.39 | 5741 | $43.36 | 8290 | $12.46 | 10808 | $26.79 |
| 238 | $126.46 | 2908 | $580.81 | 5744 | $67.19 | 8293 | $157.03 | 10816 | $6.20 |
| 244 | $24.31 | 2909 | $2,174.71 | 5753 | $409.54 | 8295 | $92.45 | 10818 | $6.20 |
| 253 | $47.38 | 2915 | $660.85 | 5762 | $1,490.08 | 8300 | $24.77 | 10820 | $33.15 |
| 255 | $15.80 | 2922 | $34.70 | 5769 | $88.78 | 8304 | $41.14 | 10826 | $31.74 |
| 257 | $63.32 | 2928 | $335.30 | 5782 | $62.94 | 8312 | $19.59 | 10832 | $160.19 |
| 261 | $25.96 | 2932 | $46.08 | 5784 | $356.56 | 8315 | $342.61 | 10834 | $19.22 |
| 272 | $207.70 | 2935 | $35.52 | 5806 | $101.49 | 8331 | $374.62 | 10842 | $6.20 |
| 276 | $6.20 | 2945 | $57.81 | 5809 | $31.94 | 8344 | $228.51 | 10846 | $6.20 |
| 280 | $6.20 | 2948 | $295.78 | 5818 | $17.31 | 8345 | $27.52 | 10848 | $6.20 |
| 284 | $8.02 | 2970 | $224.22 | 5823 | $6.20 | 8346 | $6.20 | 10861 | $41.66 |
| 289 | $542.69 | 2978 | $204.63 | 5831 | $77.35 | 8354 | $6.20 | 10875 | $100.35 |
| 291 | $251.43 | 2982 | $20.57 | 5833 | $6.20 | 8358 | $34.67 | 10879 | $39.71 |
| 292 | $64.60 | 2984 | $23.22 | 5845 | $116.21 | 8359 | $106.03 | 10880 | $6.20 |
| 309 | $136.27 | 2989 | $6.20 | 5848 | $128.38 | 8363 | $1,575.23 | 10883 | $133.48 |
| 311 | $11.22 | 2992 | $298.39 | 5855 | $366.06 | 8368 | $83.32 | 10887 | $69.01 |
| 312 | $6.20 | 2996 | $360.73 | 5856 | $445.00 | 8378 | $217.64 | 10895 | $18.14 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 313 | $29.14 | 2997 | $22.45 | 5857 | $28.34 | 8380 | $6.20 | 10896 | $104.67 |
| 314 | $80.68 | 3006 | $903.64 | 5870 | $24.62 | 8382 | $5.98 | 10909 | $17.55 |
| 321 | $79.05 | 3010 | $182.63 | 5880 | $262.83 | 8384 | $775.08 | 10910 | $760.66 |
| 324 | $206.51 | 3014 | $6.20 | 5881 | $9.42 | 8394 | $8.67 | 10911 | $110.19 |
| 331 | $38.59 | 3019 | $7.49 | 5892 | $20.52 | 8412 | $776.22 | 10912 | $22.99 |
| 335 | $114.89 | 3022 | $15.03 | 5900 | $308.61 | 8417 | $227.59 | 10914 | $100.29 |
| 337 | $260.92 | 3023 | $782.35 | 5904 | $214.21 | 8418 | $414.39 | 10915 | $140.60 |
| 338 | $17.87 | 3031 | $1,229.69 | 5914 | $10.52 | 8431 | $32.57 | 10925 | $58.84 |
| 345 | $6.20 | 3038 | $6.20 | 5922 | $58.00 | 8435 | $516.71 | 10928 | $6.20 |
| 348 | $811.08 | 3053 | $118.34 | 5924 | $56.69 | 8439 | $23.75 | 10937 | $7.49 |
| 351 | $210.04 | 3067 | $108.33 | 5925 | $302.87 | 8440 | $833.38 | 10946 | $92.38 |
| 361 | $8.94 | 3074 | $422.00 | 5931 | $98.52 | 8441 | $6.20 | 10949 | $41.72 |
| 370 | $5.56 | 3082 | $294.40 | 5935 | $176.90 | 8442 | $6.20 | 10959 | $41.27 |
| 371 | $54.99 | 3083 | $23.05 | 5940 | $6.20 | 8451 | $76.28 | 10968 | $35.80 |
| 373 | $119.60 | 3094 | $77.27 | 5956 | $20.75 | 8455 | $6.20 | 10971 | $214.75 |
| 380 | $292.38 | 3121 | $6.20 | 5962 | $14.98 | 8466 | $37.98 | 10973 | $79.78 |
| 389 | $215.46 | 3123 | $414.21 | 5968 | $27.49 | 8469 | $14.93 | 10979 | $6.20 |
| 390 | $6.20 | 3128 | $8.50 | 5971 | $402.06 | 8473 | $249.83 | 10984 | $6.20 |
| 394 | $153.82 | 3133 | $132.62 | 5974 | $206.46 | 8486 | $6.20 | 10990 | $19.42 |
| 399 | $6.20 | 3134 | $3,445.66 | 5979 | $97.62 | 8504 | $21.83 | 10999 | $93.91 |
| 402 | $6.20 | 3146 | $22.77 | 5980 | $99.68 | 8505 | $2,051.77 | 11007 | $38.51 |
| 408 | $161.24 | 3150 | $137.51 | 5981 | $98.67 | 8512 | $48.50 | 11015 | $87.03 |
| 418 | $6.20 | 3161 | $18.47 | 5991 | $90.93 | 8518 | $77.59 | 11020 | $92.79 |
| 419 | $69.44 | 3166 | $23.43 | 5998 | $417.59 | 8520 | $117.35 | 11023 | $86.11 |
| 420 | $17.76 | 3196 | $49.48 | 5999 | $127.00 | 8524 | $25.30 | 11028 | $265.34 |
| 429 | $38.84 | 3212 | $871.94 | 6010 | $6.20 | 8534 | $99.47 | 11031 | $19.68 |
| 438 | $6.20 | 3213 | $56.38 | 6018 | $6.20 | 8535 | $223.43 | 11037 | $80.31 |
| 441 | $153.80 | 3214 | $6.20 | 6019 | $35.81 | 8540 | $299.56 | 11039 | $53.65 |
| 449 | $64.19 | 3219 | $9.63 | 6025 | $26.75 | 8544 | $697.35 | 11043 | $40.69 |
| 452 | $9.54 | 3221 | $24.32 | 6031 | $22.52 | 8545 | $107.46 | 11045 | $22.57 |
| 457 | $6.20 | 3223 | $102.36 | 6035 | $265.63 | 8549 | $6.20 | 11063 | $184.64 |
| 459 | $10.14 | 3224 | $426.53 | 6038 | $9.38 | 8551 | $36.84 | 11067 | $196.26 |
| 482 | $87.58 | 3228 | $138.99 | 6041 | $25.51 | 8554 | $109.92 | 11071 | $109.13 |
| 484 | $34.76 | 3234 | $64.39 | 6047 | $91.36 | 8562 | $322.91 | 11085 | $6.20 |
| 495 | $821.48 | 3238 | $39.02 | 6055 | $6.20 | 8567 | $33.28 | 11087 | $93.40 |
| 500 | $294.46 | 3262 | $6.20 | 6079 | $54.25 | 8573 | $10.06 | 11089 | $81.87 |
| 504 | $6.20 | 3266 | $166.75 | 6088 | $93.30 | 8585 | $356.11 | 11099 | $7.12 |
| 510 | $13.68 | 3276 | $68.64 | 6090 | $65.99 | 8589 | $208.95 | 11100 | $214.54 |
| 511 | $6.20 | 3277 | $12.58 | 6095 | $1,225.24 | 8598 | $39.53 | 11101 | $87.48 |
| 518 | $988.38 | 3281 | $1,453.65 | 6101 | $20.23 | 8602 | $36.36 | 11103 | $14.40 |
| 523 | $12.61 | 3293 | $52.04 | 6122 | $10.20 | 8609 | $6.20 | 11109 | $23.10 |
| 530 | $337.90 | 3296 | $5.20 | 6129 | $210.92 | 8624 | $235.74 | 11110 | $440.39 |
| 531 | $6.20 | 3302 | $6.20 | 6131 | $378.16 | 8625 | $89.41 | 11113 | $324.02 |
| 536 | $96.44 | 3310 | $167.01 | 6134 | $194.46 | 8627 | $6.20 | 11125 | $6.20 |
| 544 | $1,161.94 | 3323 | $109.41 | 6143 | $23.43 | 8631 | $65.32 | 11127 | $230.52 |
| 548 | $131.71 | 3324 | $207.63 | 6148 | $45.30 | 8632 | $214.90 | 11141 | $606.47 |
| 563 | $23.63 | 3325 | $232.99 | 6149 | $6.20 | 8640 | $154.92 | 11143 | $8.63 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 575 | $283.60 | 3329 | $6.20 | 6158 | $127.38 | 8648 | $101.10 | 11145 | $38.50 |
| 577 | $9.55 | 3334 | $14.94 | 6193 | $173.21 | 8659 | $14.20 | 11148 | $97.10 |
| 600 | $40.14 | 3344 | $40.28 | 6198 | $24.50 | 8664 | $29.31 | 11161 | $6.20 |
| 603 | $25.51 | 3353 | $46.59 | 6205 | $1,427.54 | 8669 | $65.40 | 11166 | $26.74 |
| 615 | $49.43 | 3354 | $57.81 | 6216 | $6.20 | 8671 | $174.93 | 11168 | $21.84 |
| 624 | $13.95 | 3356 | $11.47 | 6217 | $6.20 | 8697 | $154.01 | 11173 | $212.75 |
| 629 | $1,174.36 | 3360 | $79.87 | 6221 | $40.75 | 8699 | $322.49 | 11179 | $315.51 |
| 630 | $369.55 | 3369 | $44.80 | 6230 | $97.55 | 8701 | $59.46 | 11183 | $75.26 |
| 644 | $87.54 | 3374 | $280.82 | 6239 | $15.94 | 8703 | $6.58 | 11186 | $132.81 |
| 653 | $6.20 | 3387 | $17.33 | 6249 | $153.85 | 8709 | $117.90 | 11202 | $548.91 |
| 656 | $660.84 | 3388 | $134.84 | 6250 | $98.95 | 8714 | $312.22 | 11210 | $106.55 |
| 658 | $27.70 | 3389 | $132.66 | 6254 | $194.10 | 8723 | $181.98 | 11217 | $26.13 |
| 662 | $16.93 | 3392 | $31.47 | 6263 | $212.61 | 8731 | $27.96 | 11233 | $6.20 |
| 670 | $85.28 | 3393 | $74.73 | 6269 | $543.25 | 8733 | $422.98 | 11237 | $293.41 |
| 676 | $211.12 | 3410 | $5.21 | 6278 | $5.75 | 8753 | $511.43 | 11246 | $23.33 |
| 677 | $28.98 | 3416 | $212.08 | 6285 | $393.97 | 8756 | $6.20 | 11253 | $167.19 |
| 679 | $27.99 | 3418 | $112.66 | 6286 | $121.91 | 8758 | $6.20 | 11255 | $6.20 |
| 680 | $336.04 | 3420 | $6.20 | 6288 | $58.28 | 8764 | $132.65 | 11259 | $162.20 |
| 681 | $5.15 | 3431 | $6.20 | 6291 | $46.22 | 8772 | $6.20 | 11263 | $6.20 |
| 682 | $6.20 | 3435 | $502.79 | 6295 | $6.20 | 8776 | $197.90 | 11265 | $96.48 |
| 685 | $91.35 | 3450 | $6.20 | 6304 | $35.30 | 8780 | $58.71 | 11287 | $97.19 |
| 691 | $410.52 | 3457 | $20.32 | 6305 | $72.48 | 8783 | $149.36 | 11289 | $35.10 |
| 694 | $192.76 | 3460 | $80.26 | 6306 | $21.09 | 8802 | $5.87 | 11292 | $6.20 |
| 699 | $6.20 | 3475 | $53.70 | 6316 | $178.81 | 8805 | $6.20 | 11301 | $332.97 |
| 718 | $25.76 | 3476 | $60.04 | 6318 | $1,176.65 | 8809 | $46.97 | 11305 | $51.43 |
| 731 | $6.20 | 3481 | $10.99 | 6328 | $717.05 | 8810 | $30.45 | 11313 | $362.88 |
| 736 | $7.78 | 3484 | $61.74 | 6329 | $5.62 | 8820 | $44.32 | 11315 | $229.07 |
| 738 | $6.20 | 3487 | $197.07 | 6330 | $47.15 | 8822 | $33.48 | 11319 | $56.49 |
| 739 | $127.41 | 3488 | $70.05 | 6333 | $218.84 | 8830 | $27.62 | 11325 | $20.79 |
| 746 | $183.90 | 3492 | $7.02 | 6335 | $121.85 | 8838 | $16.83 | 11326 | $6.20 |
| 747 | $21.84 | 3504 | $6.20 | 6340 | $205.27 | 8842 | $334.82 | 11333 | $17.61 |
| 751 | $59.57 | 3507 | $95.56 | 6342 | $81.08 | 8845 | $6.20 | 11341 | $63.01 |
| 753 | $6.20 | 3517 | $37.75 | 6347 | $39.28 | 8849 | $296.17 | 11350 | $77.82 |
| 768 | $31.30 | 3521 | $6.20 | 6355 | $8.38 | 8852 | $6.20 | 11355 | $206.66 |
| 786 | $35.75 | 3523 | $724.11 | 6357 | $168.34 | 8854 | $8.33 | 11368 | $151.13 |
| 805 | $102.03 | 3532 | $11.37 | 6366 | $79.24 | 8856 | $6.20 | 11371 | $6.20 |
| 815 | $31.79 | 3534 | $6.20 | 6368 | $80.18 | 8861 | $114.43 | 11372 | $141.95 |
| 818 | $6.20 | 3537 | $147.67 | 6382 | $76.73 | 8862 | $843.00 | 11375 | $11.96 |
| 820 | $315.34 | 3566 | $215.35 | 6394 | $6.20 | 8871 | $219.30 | 11385 | $949.46 |
| 826 | $14.13 | 3574 | $6.81 | 6396 | $1,182.81 | 8874 | $18.80 | 11387 | $1,005.70 |
| 832 | $20.83 | 3583 | $12.89 | 6397 | $95.25 | 8876 | $89.47 | 11393 | $16.99 |
| 843 | $132.12 | 3590 | $9.78 | 6399 | $6.20 | 8878 | $129.26 | 11401 | $145.84 |
| 845 | $6.20 | 3594 | $76.83 | 6421 | $6.20 | 8879 | $6.20 | 11402 | $70.29 |
| 865 | $49.63 | 3599 | $17.50 | 6425 | $381.05 | 8905 | $6.20 | 11405 | $60.48 |
| 867 | $343.66 | 3606 | $6.20 | 6431 | $6.19 | 8909 | $740.31 | 11407 | $525.94 |
| 868 | $12.97 | 3609 | $6.20 | 6433 | $48.91 | 8911 | $6.20 | 11411 | $21.94 |
| 879 | $10.05 | 3627 | $841.39 | 6436 | $1,008.57 | 8919 | $33.81 | 11415 | $41.32 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 891 | $300.44 | 3629 | $19.24 | 6437 | $81.11 | 8926 | $6.20 | 11420 | $33.44 |
| 896 | $30.75 | 3640 | $6.20 | 6443 | $41.55 | 8927 | $72.84 | 11424 | $21.83 |
| 911 | $459.07 | 3644 | $371.94 | 6448 | $8.82 | 8932 | $2,394.93 | 11434 | $6.89 |
| 912 | $11.40 | 3653 | $143.46 | 6451 | $25.07 | 8935 | $57.10 | 11436 | $24.64 |
| 913 | $48.74 | 3682 | $596.69 | 6461 | $18.37 | 8942 | $45.83 | 11445 | $6.20 |
| 922 | $247.87 | 3690 | $231.97 | 6465 | $6.20 | 8943 | $106.68 | 11448 | $274.51 |
| 933 | $9.58 | 3694 | $38.21 | 6471 | $154.12 | 8948 | $151.17 | 11449 | $17.69 |
| 934 | $56.12 | 3703 | $51.69 | 6473 | $97.83 | 8953 | $14.58 | 11451 | $9.69 |
| 936 | $20.85 | 3705 | $6.20 | 6476 | $395.55 | 8955 | $6.20 | 11455 | $117.33 |
| 937 | $343.96 | 3723 | $432.05 | 6479 | $6.20 | 8961 | $6.20 | 11473 | $6.20 |
| 961 | $83.16 | 3727 | $98.33 | 6485 | $6.20 | 8967 | $172.82 | 11480 | $176.96 |
| 974 | $6.20 | 3732 | $186.45 | 6486 | $6.20 | 8969 | $41.78 | 11482 | $6.20 |
| 982 | $669.84 | 3734 | $5.45 | 6491 | $115.58 | 8971 | $157.74 | 11488 | $653.36 |
| 987 | $8.15 | 3743 | $77.36 | 6505 | $51.88 | 8974 | $230.67 | 11492 | $6.20 |
| 999 | $40.64 | 3755 | $98.65 | 6508 | $34.88 | 8977 | $11.44 | 11493 | $148.63 |
| 1006 | $27.23 | 3758 | $104.41 | 6509 | $5.57 | 8986 | $425.01 | 11506 | $6.20 |
| 1014 | $6.20 | 3759 | $5.78 | 6510 | $121.69 | 8988 | $10.86 | 11516 | $183.26 |
| 1019 | $1,025.58 | 3766 | $298.10 | 6512 | $6.20 | 8990 | $85.40 | 11519 | $106.71 |
| 1023 | $385.54 | 3775 | $8.46 | 6514 | $129.75 | 8995 | $69.31 | 11521 | $210.96 |
| 1030 | $120.85 | 3776 | $405.95 | 6521 | $14.37 | 8999 | $14.30 | 11526 | $31.61 |
| 1035 | $521.16 | 3786 | $62.67 | 6522 | $6.20 | 9007 | $167.33 | 11527 | $91.19 |
| 1037 | $1,069.85 | 3790 | $6.00 | 6525 | $133.35 | 9011 | $456.98 | 11535 | $21.21 |
| 1038 | $5.91 | 3794 | $6.20 | 6539 | $763.59 | 9013 | $1,460.95 | 11550 | $115.49 |
| 1040 | $189.26 | 3795 | $40.47 | 6542 | $261.16 | 9014 | $6.20 | 11553 | $6.20 |
| 1042 | $356.70 | 3802 | $6.20 | 6544 | $146.53 | 9035 | $34.99 | 11554 | $24.86 |
| 1048 | $6.20 | 3804 | $156.74 | 6545 | $423.31 | 9037 | $82.13 | 11559 | $9.24 |
| 1057 | $995.51 | 3807 | $105.54 | 6549 | $21.62 | 9040 | $6.20 | 11565 | $64.82 |
| 1060 | $90.61 | 3811 | $158.66 | 6559 | $6.20 | 9044 | $24.06 | 11567 | $240.31 |
| 1062 | $45.30 | 3819 | $37.06 | 6571 | $467.93 | 9049 | $26.29 | 11572 | $36.03 |
| 1064 | $29.37 | 3824 | $30.70 | 6590 | $6.20 | 9062 | $6.75 | 11579 | $7.15 |
| 1069 | $55.01 | 3829 | $59.79 | 6591 | $234.12 | 9064 | $246.19 | 11595 | $18.33 |
| 1071 | $165.94 | 3847 | $181.11 | 6594 | $6.84 | 9066 | $47.47 | 11596 | $161.17 |
| 1083 | $6.20 | 3871 | $337.72 | 6599 | $163.09 | 9067 | $25.98 | 11615 | $8.16 |
| 1089 | $6.20 | 3876 | $142.90 | 6614 | $179.27 | 9073 | $32.29 | 11617 | $6.20 |
| 1091 | $6.20 | 3885 | $164.62 | 6615 | $1,559.77 | 9076 | $11.97 | 11621 | $47.46 |
| 1120 | $86.97 | 3888 | $61.22 | 6634 | $6.20 | 9080 | $6.20 | 11624 | $309.38 |
| 1134 | $146.43 | 3892 | $6.20 | 6640 | $19.95 | 9085 | $20.98 | 11636 | $24.70 |
| 1141 | $150.34 | 3893 | $616.90 | 6644 | $8.77 | 9091 | $289.97 | 11642 | $219.85 |
| 1142 | $6.20 | 3898 | $6.20 | 6648 | $16.88 | 9111 | $53.73 | 11646 | $6.20 |
| 1174 | $6.20 | 3899 | $2,449.61 | 6657 | $11.77 | 9121 | $94.97 | 11653 | $88.80 |
| 1178 | $115.94 | 3900 | $19.86 | 6660 | $473.72 | 9132 | $127.07 | 11655 | $53.18 |
| 1179 | $6.20 | 3901 | $11.17 | 6662 | $298.05 | 9133 | $112.32 | 11657 | $37.61 |
| 1180 | $77.39 | 3903 | $6.20 | 6670 | $127.67 | 9137 | $30.03 | 11660 | $157.43 |
| 1185 | $735.82 | 3904 | $44.91 | 6674 | $27.80 | 9149 | $96.98 | 11671 | $39.04 |
| 1186 | $6.20 | 3905 | $166.22 | 6675 | $335.21 | 9157 | $401.73 | 11672 | $103.70 |
| 1199 | $39.42 | 3907 | $305.98 | 6677 | $460.48 | 9162 | $21.80 | 11674 | $5.21 |
| 1200 | $54.77 | 3920 | $6.20 | 6691 | $8.04 | 9164 | $6.20 | 11675 | $21.24 |

| | | | | | | | | |
|------|----------|------|-----------|------|-----------|------|-----------|-------|----------|
| 1202 | $86.69 | 3938 | $12.99 | 6700 | $1,063.97 | 9167 | $181.65 | 11676 | $539.12 |
| 1204 | $5.83 | 3954 | $164.59 | 6702 | $22.89 | 9169 | $22.89 | 11679 | $78.62 |
| 1208 | $8.63 | 3962 | $162.87 | 6711 | $577.44 | 9173 | $6.20 | 11688 | $6.20 |
| 1216 | $325.19 | 3964 | $10.17 | 6735 | $167.84 | 9174 | $16.38 | 11693 | $21.22 |
| 1222 | $105.73 | 3974 | $6.20 | 6747 | $12.57 | 9176 | $652.65 | 11709 | $187.13 |
| 1229 | $713.35 | 3983 | $962.04 | 6767 | $6.31 | 9178 | $71.49 | 11713 | $6.20 |
| 1230 | $43.36 | 3989 | $68.48 | 6770 | $12.88 | 9181 | $241.14 | 11719 | $302.97 |
| 1244 | $220.97 | 3993 | $221.04 | 6775 | $6.74 | 9183 | $17.02 | 11720 | $682.23 |
| 1245 | $147.82 | 4002 | $98.42 | 6777 | $174.01 | 9185 | $26.35 | 11724 | $185.80 |
| 1247 | $6.20 | 4007 | $310.64 | 6778 | $162.08 | 9189 | $122.49 | 11750 | $6.20 |
| 1249 | $15.70 | 4009 | $23.16 | 6784 | $6.20 | 9193 | $57.24 | 11763 | $196.46 |
| 1250 | $27.39 | 4015 | $181.91 | 6794 | $6.20 | 9194 | $752.44 | 11768 | $6.20 |
| 1265 | $19.36 | 4017 | $168.78 | 6797 | $64.07 | 9196 | $70.30 | 11770 | $87.53 |
| 1266 | $173.68 | 4020 | $5.15 | 6801 | $8.69 | 9201 | $6.20 | 11789 | $6.17 |
| 1269 | $139.34 | 4025 | $56.84 | 6815 | $71.41 | 9209 | $130.22 | 11791 | $47.76 |
| 1273 | $305.14 | 4026 | $404.23 | 6826 | $6.20 | 9212 | $229.07 | 11796 | $6.20 |
| 1277 | $184.94 | 4044 | $88.04 | 6835 | $47.86 | 9219 | $32.29 | 11804 | $280.07 |
| 1285 | $134.61 | 4047 | $33.39 | 6838 | $27.71 | 9223 | $244.62 | 11805 | $433.17 |
| 1294 | $113.42 | 4057 | $487.42 | 6843 | $6.20 | 9225 | $2,189.88 | 11818 | $18.69 |
| 1296 | $121.01 | 4062 | $1,051.27 | 6845 | $6.20 | 9235 | $32.25 | 11821 | $60.10 |
| 1298 | $303.82 | 4070 | $184.75 | 6846 | $47.70 | 9243 | $348.20 | 11847 | $12.54 |
| 1309 | $128.63 | 4077 | $63.87 | 6850 | $29.10 | 9259 | $83.20 | 11848 | $49.98 |
| 1311 | $6.20 | 4087 | $261.09 | 6855 | $60.12 | 9261 | $323.51 | 11858 | $403.34 |
| 1312 | $16.99 | 4091 | $391.28 | 6858 | $12.15 | 9269 | $41.34 | 11859 | $24.84 |
| 1320 | $563.00 | 4092 | $859.71 | 6871 | $152.75 | 9270 | $21.29 | 11862 | $6.20 |
| 1322 | $122.44 | 4093 | $159.98 | 6887 | $164.17 | 9280 | $22.52 | 11863 | $296.66 |
| 1330 | $5.57 | 4096 | $24.06 | 6889 | $84.11 | 9282 | $245.97 | 11876 | $6.20 |
| 1333 | $47.46 | 4099 | $189.13 | 6892 | $10.00 | 9285 | $73.69 | 11880 | $37.75 |
| 1341 | $35.87 | 4108 | $6.20 | 6895 | $7.16 | 9292 | $56.23 | 11883 | $6.20 |
| 1354 | $21.57 | 4109 | $33.58 | 6897 | $10.11 | 9295 | $199.71 | 11893 | $709.48 |
| 1360 | $10.67 | 4111 | $13.90 | 6904 | $36.27 | 9302 | $645.57 | 11898 | $21.50 |
| 1364 | $89.82 | 4118 | $1,812.61 | 6909 | $22.75 | 9306 | $46.42 | 11899 | $197.48 |
| 1368 | $6.20 | 4124 | $161.96 | 6916 | $6.20 | 9307 | $6.20 | 11903 | $172.34 |
| 1378 | $179.93 | 4130 | $195.44 | 6927 | $6.20 | 9308 | $62.48 | 11905 | $11.56 |
| 1383 | $7.67 | 4153 | $227.91 | 6928 | $104.00 | 9320 | $43.46 | 11908 | $24.06 |
| 1385 | $6.20 | 4160 | $600.23 | 6939 | $6.20 | 9321 | $23.90 | 11922 | $6.20 |
| 1393 | $225.36 | 4162 | $6.20 | 6948 | $589.35 | 9324 | $159.98 | 11928 | $9.07 |
| 1396 | $49.47 | 4167 | $492.34 | 6958 | $621.29 | 9329 | $192.90 | 11933 | $18.41 |
| 1418 | $41.24 | 4177 | $66.92 | 6974 | $8.84 | 9344 | $78.39 | 11935 | $6.20 |
| 1423 | $17.55 | 4182 | $230.52 | 6979 | $303.68 | 9357 | $86.49 | 11943 | $41.78 |
| 1426 | $17.55 | 4194 | $6.91 | 6980 | $595.71 | 9359 | $7.83 | 11947 | $26.95 |
| 1433 | $6.20 | 4203 | $37.01 | 7005 | $1,009.40 | 9376 | $5.58 | 11950 | $52.08 |
| 1436 | $6.20 | 4205 | $30.39 | 7006 | $162.74 | 9378 | $42.63 | 11959 | $42.23 |
| 1439 | $316.28 | 4209 | $11.38 | 7010 | $6.20 | 9386 | $6.20 | 11962 | $119.42 |
| 1448 | $13.90 | 4228 | $11.43 | 7012 | $6.20 | 9392 | $201.36 | 11977 | $327.63 |
| 1459 | $53.93 | 4231 | $719.39 | 7026 | $6.20 | 9400 | $210.66 | 11993 | $29.51 |
| 1461 | $45.89 | 4243 | $151.73 | 7029 | $67.01 | 9403 | $569.04 | 12004 | $17.55 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1464 | $92.42 | 4249 | $1,167.27 | 7031 | $152.54 | 9411 | $42.84 | 12025 | $5.61 |
| 1475 | $17.78 | 4255 | $13.52 | 7034 | $106.38 | 9413 | $11.27 | 12037 | $9.29 |
| 1480 | $53.36 | 4256 | $53.77 | 7046 | $271.98 | 9415 | $581.07 | 12039 | $5.74 |
| 1497 | $18.47 | 4283 | $6.20 | 7050 | $394.67 | 9417 | $72.17 | 12044 | $362.48 |
| 1506 | $264.40 | 4295 | $473.15 | 7056 | $358.18 | 9421 | $557.10 | 12046 | $9.08 |
| 1511 | $58.70 | 4308 | $14.47 | 7081 | $481.12 | 9426 | $47.74 | 12050 | $6.20 |
| 1514 | $31.40 | 4315 | $163.65 | 7083 | $38.48 | 9430 | $347.85 | 12052 | $51.33 |
| 1521 | $1,170.85 | 4317 | $202.59 | 7086 | $6.20 | 9432 | $11.10 | 12056 | $5.85 |
| 1528 | $50.71 | 4320 | $788.89 | 7090 | $9.05 | 9433 | $80.99 | 12062 | $180.47 |
| 1529 | $69.90 | 4321 | $117.82 | 7097 | $6.20 | 9456 | $46.59 | 12071 | $38.08 |
| 1544 | $100.15 | 4342 | $6.20 | 7101 | $95.00 | 9464 | $48.12 | 12075 | $810.46 |
| 1555 | $387.29 | 4351 | $480.23 | 7109 | $6.07 | 9481 | $6.76 | 12082 | $28.54 |
| 1559 | $27.81 | 4373 | $70.87 | 7111 | $74.61 | 9493 | $6.20 | 12089 | $6.20 |
| 1581 | $10.31 | 4381 | $26.26 | 7114 | $265.04 | 9495 | $24.83 | 12090 | $145.08 |
| 1586 | $27.02 | 4396 | $54.29 | 7116 | $61.61 | 9497 | $49.02 | 12092 | $168.45 |
| 1596 | $6.20 | 4399 | $27.57 | 7127 | $80.13 | 9500 | $6.20 | 12094 | $296.07 |
| 1598 | $1,226.48 | 4404 | $359.50 | 7134 | $368.19 | 9513 | $6.20 | 12104 | $134.54 |
| 1601 | $6.20 | 4416 | $30.05 | 7139 | $124.60 | 9519 | $19.68 | 12109 | $6.20 |
| 1603 | $7.94 | 4427 | $29.16 | 7146 | $27.70 | 9532 | $6.20 | 12121 | $254.87 |
| 1606 | $101.65 | 4430 | $110.50 | 7155 | $31.34 | 9541 | $172.56 | 12123 | $6.20 |
| 1608 | $6.20 | 4437 | $81.84 | 7180 | $2,122.21 | 9550 | $50.13 | 12133 | $62.27 |
| 1626 | $9.50 | 4442 | $105.15 | 7182 | $28.96 | 9558 | $362.79 | 12138 | $856.08 |
| 1629 | $17.70 | 4443 | $214.27 | 7186 | $320.71 | 9560 | $14.05 | 12140 | $6.96 |
| 1634 | $199.38 | 4446 | $11.25 | 7189 | $83.52 | 9561 | $667.41 | 12148 | $27.85 |
| 1646 | $164.21 | 4447 | $27.35 | 7194 | $708.76 | 9587 | $977.86 | 12166 | $6.20 |
| 1647 | $58.70 | 4448 | $6.20 | 7196 | $21.40 | 9595 | $35.50 | 12170 | $286.50 |
| 1655 | $63.06 | 4454 | $140.66 | 7198 | $26.14 | 9601 | $8.69 | 12172 | $6.20 |
| 1660 | $157.71 | 4455 | $530.41 | 7199 | $3,406.59 | 9602 | $15.53 | 12173 | $112.36 |
| 1666 | $6.20 | 4460 | $79.15 | 7216 | $6.20 | 9604 | $35.73 | 12174 | $679.28 |
| 1667 | $334.52 | 4463 | $301.59 | 7227 | $99.71 | 9606 | $19.04 | 12176 | $6.20 |
| 1670 | $654.30 | 4470 | $198.93 | 7228 | $106.55 | 9608 | $452.54 | 12183 | $1,159.70 |
| 1686 | $122.34 | 4477 | $6.20 | 7234 | $60.25 | 9624 | $63.56 | 12188 | $258.96 |
| 1688 | $60.82 | 4478 | $21.93 | 7238 | $272.09 | 9628 | $51.58 | 12195 | $132.11 |
| 1689 | $94.89 | 4479 | $156.25 | 7241 | $85.28 | 9634 | $504.74 | 12205 | $6.20 |
| 1690 | $111.06 | 4484 | $63.56 | 7245 | $6.20 | 9639 | $76.63 | 12208 | $55.64 |
| 1732 | $183.81 | 4501 | $42.73 | 7248 | $5.83 | 9641 | $25.24 | 12243 | $22.32 |
| 1736 | $22.17 | 4505 | $42.61 | 7249 | $515.91 | 9655 | $5.10 | 12248 | $126.60 |
| 1742 | $6.20 | 4508 | $7.63 | 7255 | $74.21 | 9666 | $509.78 | 12252 | $19.38 |
| 1743 | $75.00 | 4509 | $126.05 | 7257 | $116.91 | 9668 | $6.20 | 12257 | $8.49 |
| 1762 | $6.20 | 4512 | $52.23 | 7259 | $37.61 | 9673 | $86.04 | 12259 | $9.73 |
| 1768 | $145.69 | 4520 | $217.71 | 7260 | $262.97 | 9689 | $171.08 | 12260 | $34.17 |
| 1793 | $10.70 | 4530 | $16.70 | 7271 | $12.70 | 9693 | $9.84 | 12266 | $16.16 |
| 1799 | $54.03 | 4541 | $16.86 | 7279 | $131.02 | 9696 | $213.49 | 12271 | $83.90 |
| 1817 | $32.88 | 4544 | $524.02 | 7288 | $98.10 | 9711 | $87.80 | 12272 | $816.93 |
| 1822 | $418.14 | 4551 | $46.03 | 7289 | $6.20 | 9717 | $549.05 | 12285 | $28.73 |
| 1826 | $204.44 | 4559 | $195.90 | 7293 | $6.20 | 9722 | $100.76 | 12295 | $6.20 |
| 1831 | $358.13 | 4568 | $78.72 | 7294 | $89.22 | 9728 | $61.81 | 12297 | $1,373.32 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1834 | $6.20 | 4572 | $6.20 | 7298 | $50.84 | 9739 | $75.77 | 12302 | $912.62 |
| 1838 | $86.11 | 4573 | $10.07 | 7302 | $25.30 | 9740 | $628.81 | 12306 | $6.20 |
| 1850 | $142.24 | 4581 | $31.05 | 7316 | $212.59 | 9748 | $10.12 | 12327 | $6.20 |
| 1851 | $43.54 | 4585 | $26.46 | 7317 | $55.34 | 9758 | $6.20 | 12330 | $6.20 |
| 1853 | $777.15 | 4592 | $6.20 | 7324 | $1,423.89 | 9764 | $110.52 | 12342 | $27.36 |
| 1867 | $6.20 | 4601 | $71.65 | 7326 | $20.09 | 9769 | $36.13 | 12344 | $757.12 |
| 1878 | $17.84 | 4603 | $58.70 | 7334 | $6.20 | 9777 | $370.21 | 12348 | $522.32 |
| 1879 | $354.86 | 4615 | $109.37 | 7340 | $234.61 | 9781 | $162.71 | 12356 | $11.52 |
| 1883 | $110.04 | 4622 | $11.19 | 7343 | $23.79 | 9790 | $102.09 | 12360 | $321.35 |
| 1889 | $59.75 | 4623 | $25.84 | 7344 | $47.97 | 9796 | $6.20 | 12361 | $17.01 |
| 1893 | $25.45 | 4625 | $130.09 | 7354 | $59.27 | 9798 | $42.55 | | |
| 1894 | $27.02 | 4627 | $1,084.13 | 7363 | $216.23 | 9804 | $31.02 | | |
| 1898 | $145.05 | 4628 | $179.63 | 7366 | $45.08 | 9807 | $6.20 | | |
| 1921 | $85.50 | 4635 | $8.06 | 7371 | $257.94 | 9821 | $158.92 | | |
| 1943 | $6.20 | 4646 | $24.20 | 7372 | $355.25 | 9825 | $82.77 | | |
| 1963 | $651.04 | 4651 | $6.20 | 7374 | $322.59 | 9827 | $6.20 | | |
| 1965 | $107.72 | 4658 | $213.15 | 7377 | $181.54 | 9838 | $6.20 | | |
| 1966 | $26.53 | 4668 | $64.14 | 7378 | $6.20 | 9839 | $95.04 | | |
| 1976 | $28.54 | 4682 | $536.42 | 7382 | $11.96 | 9846 | $139.98 | | |
| 1978 | $5.13 | 4701 | $730.53 | 7389 | $6.20 | 9865 | $29.17 | | |
| 1981 | $6.20 | 4703 | $275.24 | 7393 | $6.22 | 9868 | $255.68 | | |
| 1982 | $121.56 | 4706 | $28.82 | 7405 | $27.54 | 9873 | $19.39 | | |
| 1983 | $6.20 | 4712 | $6.20 | 7406 | $87.95 | 9887 | $11.01 | | |
| 1992 | $560.71 | 4718 | $16.58 | 7408 | $871.23 | 9891 | $17.02 | | |
| 1995 | $21.33 | 4732 | $166.52 | 7415 | $64.06 | 9896 | $177.48 | | |
| 2002 | $457.89 | 4733 | $58.70 | 7426 | $34.55 | 9913 | $33.19 | | |
| 2012 | $156.24 | 4751 | $76.49 | 7437 | $6.20 | 9918 | $135.41 | | |
| 2015 | $771.37 | 4756 | $301.48 | 7449 | $6.20 | 9930 | $26.91 | | |
| 2017 | $5.93 | 4782 | $125.71 | 7451 | $529.59 | 9933 | $23.98 | | |
| 2027 | $297.87 | 4788 | $6.20 | 7459 | $13.92 | 9934 | $224.90 | | |
| 2033 | $35.48 | 4790 | $78.48 | 7462 | $41.19 | 9941 | $28.13 | | |
| 2040 | $107.63 | 4807 | $15.95 | 7463 | $46.42 | 9942 | $74.10 | | |
| 2049 | $6.57 | 4819 | $16.96 | 7467 | $20.39 | 9953 | $19.89 | | |
| 2057 | $104.84 | 4832 | $19.96 | 7469 | $56.55 | 9957 | $302.05 | | |
| 2058 | $80.64 | 4840 | $199.47 | 7476 | $974.61 | 9981 | $50.28 | | |
| 2062 | $860.83 | 4855 | $79.02 | 7477 | $97.67 | 9982 | $35.46 | | |
| 2066 | $41.58 | 4871 | $84.62 | 7479 | $1,839.84 | 9983 | $24.01 | | |
| 2067 | $75.26 | 4878 | $348.08 | 7491 | $851.61 | 9990 | $175.07 | | |
| 2070 | $28.92 | 4895 | $9.84 | 7503 | $5.21 | 9995 | $412.52 | | |
| 2072 | $40.15 | 4896 | $156.16 | 7508 | $11.71 | 10038 | $61.88 | | |
| 2081 | $1,274.01 | 4902 | $6.20 | 7510 | $30.41 | 10044 | $21.62 | | |
| 2100 | $6.79 | 4915 | $46.42 | 7512 | $31.93 | 10048 | $49.02 | | |
| 2101 | $178.83 | 4932 | $121.54 | 7513 | $33.59 | 10068 | $9.52 | | |
| 2102 | $14.90 | 4937 | $97.94 | 7521 | $100.92 | 10071 | $25.55 | | |
| 2106 | $59.41 | 4940 | $215.94 | 7526 | $6.20 | 10072 | $45.30 | | |
| 2121 | $69.46 | 4944 | $670.61 | 7532 | $24.10 | 10075 | $24.48 | | |
| 2130 | $6.20 | 4953 | $277.61 | 7536 | $163.48 | 10078 | $105.85 | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2141 | $13.85 | 4954 | $24.22 | 7537 | $8.28 | 10081 | $99.70 |
| 2148 | $7.08 | 4962 | $8.91 | 7545 | $43.58 | 10082 | $114.97 |
| 2150 | $45.87 | 4967 | $6.20 | 7559 | $427.64 | 10086 | $286.67 |
| 2152 | $16.53 | 4972 | $40.28 | 7570 | $88.28 | 10091 | $40.29 |
| 2155 | $6.20 | 4977 | $10.99 | 7577 | $22.85 | 10119 | $8.97 |
| 2158 | $8.52 | 4982 | $35.26 | 7581 | $72.25 | 10128 | $75.66 |
| 2165 | $81.64 | 4993 | $6.20 | 7585 | $41.79 | 10151 | $37.19 |
| 2167 | $47.88 | 4997 | $31.88 | 7586 | $232.83 | 10158 | $54.59 |
| 2172 | $88.33 | 4998 | $150.75 | 7589 | $6.20 | 10165 | $6.20 |
| 2173 | $268.23 | 5010 | $12.69 | 7591 | $5.45 | 10179 | $263.72 |
| 2180 | $318.16 | 5012 | $6.20 | 7592 | $19.40 | 10184 | $6.20 |
| 2205 | $109.16 | 5032 | $108.65 | 7597 | $58.80 | 10188 | $164.72 |
| 2206 | $15.14 | 5033 | $239.23 | 7604 | $21.81 | 10193 | $1,188.81 |
| 2217 | $1,160.25 | 5041 | $468.19 | 7630 | $20.47 | 10207 | $20.48 |
| 2229 | $65.56 | 5044 | $6.20 | 7644 | $108.72 | 10213 | $47.41 |
| 2239 | $6.20 | 5047 | $81.56 | 7646 | $1,299.34 | 10222 | $40.48 |
| 2253 | $22.48 | 5049 | $6.20 | 7647 | $6.20 | 10242 | $140.40 |
| 2264 | $6.20 | 5050 | $8.05 | 7648 | $5.46 | 10243 | $8.20 |
| 2269 | $147.77 | 5052 | $15.84 | 7653 | $23.15 | 10257 | $77.65 |
| 2277 | $370.15 | 5072 | $96.61 | 7654 | $22.57 | 10258 | $460.73 |
| 2279 | $21.34 | 5082 | $25.83 | 7655 | $10.72 | 10268 | $75.48 |
| 2282 | $121.14 | 5097 | $6.20 | 7662 | $17.85 | 10269 | $185.16 |
| 2284 | $79.66 | 5105 | $14.77 | 7666 | $204.52 | 10278 | $45.35 |
| 2288 | $5.12 | 5107 | $14.59 | 7671 | $32.41 | 10285 | $51.76 |
| 2296 | $5.11 | 5110 | $481.14 | 7673 | $20.26 | 10288 | $18.01 |
| 2298 | $250.76 | 5125 | $859.96 | 7676 | $197.60 | 10292 | $78.37 |
| 2306 | $84.11 | 5126 | $221.31 | 7678 | $6.20 | 10295 | $7.35 |
| 2312 | $10.43 | 5131 | $6.20 | 7680 | $53.88 | 10306 | $54.95 |
| 2320 | $6.20 | 5142 | $34.22 | 7686 | $33.85 | 10307 | $88.47 |
| 2321 | $6.20 | 5144 | $10.87 | 7687 | $6.20 | 10308 | $11.85 |
| 2329 | $31.34 | 5154 | $6.20 | 7693 | $7.76 | 10310 | $61.78 |
| 2343 | $477.79 | 5159 | $8.47 | 7696 | $149.09 | 10313 | $91.33 |
| 2350 | $5.19 | 5177 | $13.97 | 7699 | $41.20 | 10322 | $6.20 |
| 2361 | $970.97 | 5182 | $84.94 | 7704 | $100.26 | 10328 | $28.87 |
| 2376 | $245.57 | 5184 | $12.75 | 7711 | $8.83 | 10336 | $101.67 |
| 2381 | $77.69 | 5200 | $25.00 | 7722 | $6.20 | 10341 | $48.25 |
| 2383 | $172.42 | 5202 | $43.05 | 7724 | $476.73 | 10344 | $972.74 |
| 2394 | $83.76 | 5203 | $74.72 | 7728 | $19.49 | 10351 | $315.43 |
| 2396 | $6.20 | 5206 | $6.20 | 7734 | $7.49 | 10352 | $117.37 |
| 2400 | $716.62 | 5209 | $13.05 | 7735 | $179.91 | 10359 | $55.52 |
| 2404 | $149.58 | 5215 | $277.31 | 7753 | $27.10 | 10364 | $18.69 |
| 2407 | $6.20 | 5224 | $334.14 | 7757 | $216.43 | 10367 | $124.40 |
| 2413 | $15.33 | 5232 | $200.25 | 7762 | $402.12 | 10369 | $6.20 |
| 2414 | $396.92 | 5236 | $6.20 | 7763 | $150.21 | 10377 | $6.20 |
| 2418 | $518.89 | 5248 | $59.46 | 7766 | $5.91 | 10381 | $13.51 |
| 2419 | $70.29 | 5254 | $21.27 | 7778 | $75.65 | 10387 | $26.97 |
| 2420 | $178.35 | 5264 | $52.62 | 7793 | $59.42 | 10391 | $62.08 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2421 | $41.90 | 5268 | $51.43 | 7802 | $387.37 | 10392 | $6.20 |
| 2423 | $80.17 | 5269 | $33.48 | 7807 | $6.20 | 10399 | $60.47 |
| 2425 | $399.76 | 5276 | $22.57 | 7822 | $39.78 | 10405 | $14.27 |
| 2428 | $6.20 | 5282 | $281.50 | 7830 | $6.20 | 10413 | $6.20 |
| 2436 | $26.68 | 5289 | $834.90 | 7842 | $203.44 | 10421 | $6.20 |
| 2437 | $5.68 | 5292 | $8.36 | 7851 | $14.12 | 10422 | $324.64 |
| 2444 | $809.96 | 5293 | $297.19 | 7853 | $660.30 | 10440 | $28.46 |
| 2448 | $7.34 | 5296 | $57.30 | 7856 | $18.87 | 10444 | $315.77 |
| 2453 | $246.11 | 5298 | $29.77 | 7862 | $358.58 | 10445 | $19.60 |
| 2454 | $890.49 | 5311 | $65.28 | 7868 | $197.09 | 10450 | $316.88 |
| 2455 | $90.95 | 5321 | $6.20 | 7872 | $418.65 | 10452 | $1,186.89 |
| 2457 | $571.68 | 5325 | $53.00 | 7878 | $6.11 | 10472 | $7.25 |
| 2459 | $6.59 | 5328 | $1,119.55 | 7882 | $146.22 | 10475 | $185.19 |
| 2469 | $6.68 | 5343 | $14.14 | 7887 | $6.20 | 10478 | $841.51 |
| 2470 | $599.14 | 5359 | $949.99 | 7891 | $2,267.86 | 10479 | $355.94 |
| 2475 | $6.20 | 5360 | $9.26 | 7894 | $737.65 | 10480 | $6.20 |
| 2487 | $14.25 | 5361 | $86.10 | 7899 | $6.20 | 10484 | $225.19 |
| 2505 | $7.79 | 5375 | $228.20 | 7901 | $193.75 | 10488 | $19.19 |
| 2512 | $78.43 | 5389 | $6.20 | 7911 | $166.46 | 10494 | $312.49 |
| 2520 | $95.72 | 5392 | $46.16 | 7916 | $56.80 | 10499 | $22.68 |
| 2529 | $5.25 | 5396 | $6.20 | 7922 | $151.64 | 10500 | $81.15 |
| 2530 | $404.26 | 5408 | $24.55 | 7923 | $6.20 | 10503 | $6.20 |
| 2532 | $98.48 | 5415 | $46.53 | 7925 | $37.61 | 10505 | $1,821.78 |
| 2534 | $6.20 | 5420 | $27.02 | 7927 | $10.62 | 10510 | $6.20 |
| 2543 | $63.25 | 5425 | $68.82 | 7935 | $500.12 | 10519 | $256.98 |
| 2549 | $27.31 | 5434 | $51.58 | 7950 | $2,407.07 | 10520 | $67.85 |
| 2560 | $83.87 | 5447 | $469.34 | 7952 | $6.20 | 10522 | $6.20 |
| 2562 | $51.65 | 5448 | $8.66 | 7958 | $148.14 | 10524 | $15.76 |
| 2563 | $6.20 | 5455 | $8.34 | 7970 | $253.12 | 10537 | $62.65 |
| 2565 | $36.06 | 5458 | $64.29 | 7996 | $12.44 | 10541 | $6.20 |
| 2571 | $5.27 | 5459 | $886.48 | 8002 | $84.26 | 10545 | $58.74 |
| 2585 | $29.84 | 5470 | $69.93 | 8011 | $288.04 | 10547 | $94.43 |
| 2594 | $10.98 | 5475 | $250.64 | 8013 | $7.47 | 10558 | $53.19 |
| 2610 | $407.62 | 5485 | $6.74 | 8014 | $12.80 | 10560 | $217.41 |
| 2611 | $1,113.52 | 5488 | $11.18 | 8024 | $298.75 | 10564 | $87.36 |
| 2615 | $11.26 | 5503 | $149.52 | 8039 | $39.64 | 10571 | $243.89 |
| 2618 | $39.83 | 5506 | $83.56 | 8063 | $30.26 | 10574 | $6.20 |
| 2620 | $1,095.15 | 5519 | $6.20 | 8065 | $80.87 | 10577 | $83.32 |
| 2640 | $139.82 | 5523 | $22.88 | 8071 | $110.13 | 10582 | $20.62 |
| 2649 | $323.22 | 5529 | $197.52 | 8074 | $240.73 | 10586 | $21.78 |
| 2660 | $26.08 | 5532 | $6.20 | 8085 | $150.48 | 10587 | $6.20 |
| 2666 | $34.37 | 5537 | $22.49 | 8088 | $710.90 | 10589 | $1,681.32 |
| 2686 | $104.74 | 5541 | $110.48 | 8092 | $6.20 | 10610 | $28.52 |
| 2692 | $404.96 | 5558 | $86.76 | 8093 | $136.16 | 10611 | $35.82 |
| 2693 | $335.45 | 5559 | $11.48 | 8097 | $42.75 | 10613 | $120.03 |
| 2700 | $38.14 | 5561 | $7.58 | 8099 | $25.82 | 10623 | $156.95 |
| 2716 | $6.20 | 5566 | $196.84 | 8102 | $6.15 | 10628 | $140.74 |

Exhibit B

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |
|---|---|
| **NORMA NAVARRO,** | |
| Plaintiff, | |
| v. | Case No.  23-cv-04356 |
| | District Judge: Martha M. Pacold |
| **FIRST STUDENT, INC., AND FIRST STUDENT MANAGEMENT, LLC,** | Magistrate Judge: Jeffrey T. Gilbert |
| Defendants. | |

## <u>PRELIMINARY APPROVAL ORDER</u>

The Parties have applied, pursuant to Rule Federal Rule of Civil Procedure 23(e) for an order approving settlement of the class claims alleged in this litigation, in accordance with Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action and Collective Action Settlement and For Certification of Claims Pursuant to F.R.C.P. 23 for Settlement (collectively the "Preliminary Approval Motion"), which, together with the exhibits annexed thereto, sets forth the terms and conditions for a proposed settlement of the claims against Defendants and for dismissal of this litigation against Defendants upon the terms and conditions set forth therein, and the Court has read and considered the Agreement and the exhibits annexed thereto. IT IS HEREBY ORDERED:

1.      The Court hereby preliminarily approves the settlement set forth in the Joint Stipulation of Settlement and Release Agreement (the "Settlement Agreement") as being fair, reasonable and adequate, and in the best interest of Plaintiffs and those persons that are identified on Exhibit A to the Settlement Agreement (the "Eligible Settlement Class Members").

2.      The Court certifies on a preliminary basis the following Illinois Minimum Wage Law ("IMWL"), class pursuant to Fed. R. Civ. P. 23 for settlement purposes only. Eligible Settlement Class Members   is defined as: the Named Plaintiff and persons employed as hourly non-exempt

Exhibit B

employees in Illinois between July 6, 2020 and November 30, 2024, and (i) who were identified in the payroll data produced by Defendants to Class Counsel; (ii) who Class Counsel has identified as having overtime damages and to whose inclusion Defendants have not objected; and (iii) who are identified on Exhibit A to the Settlement Agreement. The decision to grant or deny final class certification to occur after the fairness hearing.

3.     A Fairness Hearing shall be held before this Court at Courtroom 2325 on [no earlier than 90 days after preliminary approval], at the United States District Court, Northern District of Illinois, 219 South Dearborn Street, Chicago, IL 60604, to determine finally whether the proposed settlement of this litigation on the terms and conditions provided for in the Settlement Agreement is fair, reasonable, adequate, and in the best interest of the Eligible Settlement Class Members, and should be approved by the Court, and whether a Final Approval Order and Final Judgment of Dismissal should be entered. Plaintiffs shall file a motion seeking final approval and their request for attorney fees at least fourteen days prior to the end of the Notice Period.

4.     The Court approves, as to form and content, the Settlement Notice that is attached to the Agreement as it complies fully with the requirements of Rule 23 of the Federal Rules of Civil Procedure, the Constitution of the United States, and any other applicable laws.  The Court finds that the Notice to be given constitutes the best notice practicable under the circumstances, including individual notice to all Eligible Settlement Class Members (which includes Named Plaintiff), who can be identified with reasonable effort, and constitutes valid, due, and sufficient notice to Eligible Settlement Class Members in full compliance with the requirements of applicable law, including the Due Process clause of the United States Constitution.

5.     Workplace Law Partners, P.C. is appointed as Class Counsel for the Eligible Settlement Class Members for settlement purposes.

Exhibit B

6.      Norma Navarro appointed as the representative Plaintiff in this class and collective action for settlement purposes.

7.      With regard to distribution of the Settlement Notice, Class Counsel and Defendants are hereby directed and authorized to effectuate notice as called for in the Settlement Agreement and the Defendants shall provide to Class Counsel and/or the Settlement Administrator the information provided for in the Settlement Agreement by the deadlines required therein. The Court authorizes the utilization of a settlement administrator as called for in the parties' Settlement Agreement.

8.      Any Eligible Settlement Class Member wishing to oppose or contest the approval of the Agreement, or the judgment to be entered thereon if the same is approved, must comply with the procedures set forth in the Settlement Notice. Any Participating Settlement Class Member who has served and filed an objection as set forth therein may appear at the Fairness Hearing and show cause to the Court, if they have any, why the proposed settlement of this litigation should or should not be approved as fair, reasonable, and adequate, or why a judgment should or should not be entered thereon. Any Participating Settlement Class Member who does not make an objection in the manner provided herein shall be deemed to have waived such objection and shall be foreclosed from making any objection to the fairness, adequacy, or reasonableness of the proposed settlement.  The date by when any objections to the Settlement must be made and by when an Eligible Settlement Class Member may opt out of the Settlement Class is set for sixty days from the date of Notice mailing. Any Eligible Settlement Class Member who has not properly and timely requested exclusion from the Settlement Class is bound by the Agreement, as set forth in the Agreement, including but not limited to the release of claims brought under the IMWL and FLSA as set forth in the Settlement Agreement, in the event the Court issues a Final Order approving the settlement.

9.      The procedures regarding the Class Action Fairness Act notice are compliant with 28 U.S. Code § 1715, such that 28 U.S. Code § 1715(e) does not apply.

Exhibit B


IT IS SO ORDERED this _____day of _____, 2025

                                                UNITED STATES DISTRICT JUDGE


                                                _____

Exhibit C

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| **NORMA NAVARRO,** | |
| Plaintiff, | Case No.  23-cv-04356 |
| | District Judge: Martha M. Pacold |
| v. | |
| **FIRST STUDENT, INC., AND FIRST STUDENT MANAGEMENT, LLC,** | |
| | Magistrate Judge: Jeffrey T. Gilbert |
| Defendants. | |

## FINAL JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE

The above-captioned matter (the "Action") having come before the Court on Plaintiffs' Unopposed Motion For Final Approval of Class Action Settlement, Attorney's Fees, Costs, and Incentive Awards, the terms of which are set forth in the Settlement Agreement between Plaintiff Norma Navarro ("Plaintiff") and First Student, Inc. and First Student Management, LLC ("Defendants") (collectively referred to as the "Parties"), having been advised in the premises, and having duly considered the papers and arguments of all interested parties, and having held a Final Approval Hearing on _____ hereby orders:

1.      Unless defined herein, all capitalized terms in this Order shall have the respective meanings ascribed to the same terms in the Settlement Agreement.

2.      This Court has subject-matter jurisdiction to approve the Settlement Agreement, including all attached exhibits, and personal jurisdiction over all Parties to the Action, including all Settlement Class Members.

3.      On _____, this Court preliminarily approved the Settlement Agreement.

4.     Notice to the Eligible Settlement Class Members has been provided to the fullest extent reasonably possible in accordance with the Court's Preliminary Approval Order. The substance of and dissemination program for the Notice, which included direct notice through the U.S. Mail, which provided the best practicable notice under the circumstances and was reasonably calculated, under the circumstances, to apprise the Eligible Settlement Class Members of the pendency of the Action and their rights to object to or exclude themselves from the Settlement Agreement and to appear at the Final Approval Hearing; was reasonable and constituted due, adequate, and sufficient notice to all persons entitled to receive notice; and fulfilled the requirements of Federal Rule of Civil Procedure 23 and due process.

5.     The Settlement Agreement was the result of arm's-length negotiations conducted in good faith by experienced attorneys familiar with the legal and factual issues and is supported by the Named Plaintiff and Class Counsel. The Class Representative and Class Counsel adequately represented the Settlement Class for purposes of entering into and implementing the Settlement Agreement and their status a class representatives is affirmed. Based upon Workplace Law Partners P.C.'s experience in litigating class actions, including claims under the Fair Labor Standards Act and Illinois Minimum Wage Law, Class Counsel's appointment is confirmed.

6.     A *bona fide* dispute existed as to whether the Class Members were properly compensated. The Settlement Agreement resolves this *bona fide* dispute and is fair, reasonable, and adequate as to, and in the best interests of, the Settlement Class in light of complexity, expense, and duration of the litigation and the risks involved in establishing liability and damages in maintaining the class action through trial and appeal.

7.     The Settlement consideration constitutes fair value given in exchange for the Released Claims against the Released Parties. The Court finds the consideration to be paid to the

**Error! Unknown document property name.**

Participating Settlement Class Members is reasonable, considering the facts and circumstances of the claims and affirmative defenses available in the Action and potential risks and likelihood of success of alternatively pursing litigation on the merits. Further, the additional consideration of the Incentive Award constitutes fair value given in exchange for the Complete and Complete and General Release by Named Plaintiff against the Released Parties.

8.      [No Eligible Settlement Class Member objected to any of the terms of the Settlement Agreement.] [_____] Eligible Settlement Class Member(s) excluded themselves from the Settlement.

IT IS THEREFORE, ORDERED, ADJUDGED, AND DECREED THAT:

9.      The Settlement Agreement is finally approved as fair, reasonable, and adequate as to, and in the best interests of, the Participating Settlement Class Members. The Parties are directed to implement and consummate the Settlement Agreement according to its terms and conditions. The Parties and those Participating Settlement Class Members are bound by the terms and conditions of the Settlement Agreement.

10.      For the purpose of settling and resolving this litigation, the Court certifies the Class pursuant to Fed. R. Civ. P. 23, defined as the Named Plaintiff and persons employed as hourly non-exempt employees in Illinois between July 6, 2020 and November 16, 2024, and (i) who were identified in the payroll data produced by Defendants to Class Counsel; (ii) who Class Counsel has identified as having overtime damages and to whose inclusion Defendants have not objected; and (iii) who are identified on Exhibit A to the Settlement Agreement. Excluded from the Class is any Eligible Settlement Class Member who opted out of the Class.

11.      The Settlement Agreement is hereby finally approved in all respects, and the Parties are hereby directed to perform its terms.

3

12.     Upon the Final Effective Date of the Settlement Agreement, Plaintiffs and Eligible Settlement Class Members by operation of this Final Judgment shall be fully bound by the releases set forth in the Parties' Settlement Agreement and, in accordance therewith, hereby fully, finally and forever release, waive, and discharge any and all Released Claims under the Parties' Settlement Agreement.

13.     The Parties may, without further approval from the Court, agree to and adopt such amendments, modifications, and expansions of the Settlement Agreement and its implementing documents (including all exhibits) that (i) shall be consistent in all material respects with this Final Judgement; and (ii) do not limit the rights of the Participating Settlement Class Members.

14.     The Court awards Class Counsel one-third of the gross settlement fund, $175,000, as a fair and reasonable attorneys' fee, which shall include all attorneys' fees associated with the Action. In addition, Class Counsel shall receive reimbursement of costs in the amount of $6,032.00 associated with the Action, which includes all costs associated with the Action. These amounts shall be paid out of the Gross Settlement Fund as called for in the Parties' Settlement Agreement.

15.     The Court awards the Named Plaintiff a service award of $5,000.00 for her time and effort serving the Settlement Class in this Action. This amount shall be paid from the Gross Settlement Fund pursuant to the terms of the Settlement Agreement.

16.     The Court approves the payment of the $13,765.00 in fees and expenses incurred by the Claims Administrator as approved by the Parties.  This amount shall be paid from the Gross Settlement Fund pursuant to the terms of the Settlement Agreement.

17.     In accordance with the Settlement Agreement, nothing relating to this Final Approval Order, or any communications, papers, or orders related to the Settlement, shall be cited to as, construed to be, admissible as, or deemed an admission by Defendants or any other Released

4

Parties of any liability, culpability, negligence, misconduct or other wrongdoing toward the Named Plaintiff, Eligible or Participating Class Members, or as to any other person, or that class or collective action certification is appropriate in this Action or any other case. There has been no determination by the Court as to the merits of the claims asserted by Named Plaintiff against Defendants or as to whether a class or collective should be certified, other than for settlement purposes only.

18.     Pursuant to the Settlement Agreement, funds attributed to uncashed settlement awards allocated to current employees, as set forth in the Settlement Agreement, after the check void date shall be issued to the Illinois Unclaimed Property Fund.

19.     This Action is dismissed with prejudice.

**IT IS SO ORDERED**.

ENTERED:_____

JUDGE:_____

5

# Legal Notice of Proposed Class Action Settlement

**THIS IS NOT AN ADVERTISEMENT OR ATTORNEY SOLICITATION. THIS NOTICE HAS BEEN APPROVED BY THE U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS AND CONTAINS IMPORTANT INFORMATION ABOUT YOUR LEGAL RIGHTS. PLEASE READ THIS NOTICE CAREFULLY.**

This notice is being sent pursuant to a proposed settlement of the following class action lawsuit pending in the U.S. District Court for the Northern District of Illinois:

***Navarro v. First Student, Inc. and First Student Management, LLC 23-cv-04356***

## A. WHAT IS THIS NOTICE FOR?

This notice is to inform you that:

- A settlement has been reached in a Class Action Lawsuit against First Student, Inc. and First Student Management, LLC (collectively "Defendants") arising from Defendants' alleged failures to properly calculate overtime wages.

- Based on calculations performed from your pay records you may be eligible to receive the approximate amount of **[AMOUNT]** under the terms of the proposed Settlement.

- If you want this money, you do not have to do anything. If approved, you will be mailed a check. However, if you do not want to participate in the lawsuit or receive the money, you may exclude yourself. You can also object to the settlement by following the instructions in Section G. If you exclude yourself, you will not receive any portion of the Settlement and you will not release any legal claims.

- The **Court will hold a fairness hearing** about the Settlement on **[date and time]** which you may attend at 219 South Dearborn Street, Courtroom 2325.

## B. WHAT IS THIS LAWSUIT ABOUT?

Norma Navarro ("Plaintiff") brought a complaint against Defendants claiming that Defendant failed to correctly calculate and pay overtime wages. The complaint alleges violations of both the Illinois Minimum Wage Law ("IMWL") and the Fair Labor Standards Act ("FLSA") and seeks back overtime pay, liquidated damages, civil penalties, and attorneys' fees and costs. Defendants deny they did anything wrong.

## C. WHAT DOES THE SETTLEMENT DO?

The proposed Settlement resolves the claims before the Court decides which side is right. As part of the Settlement, Defendants have agreed to pay **$525,000.00 ("Settlement Fund")** to resolve this lawsuit. That amount resolves the alleged federal, state and/or local law claims of Class Members in this action, including attorneys' fees, costs, service payments, unpaid wages, liquidated damages/civil penalties under Federal and Illinois law, and settlement administration fees. A service payment of $5,000 will be requested from the Settlement Fund for the named Plaintiff, Navarro, due to her efforts in obtaining a class-wide recovery.

The approximate gross amounts in Section A reflect what you may receive after attorney fees and costs, administrator fees, and service payment are deducted from the Settlement Fund. The amount may increase or decrease depending on the actual costs or expenses or rulings from the Court and will be subject to withholdings and taxes.

## D. AM I AFFECTED?

You received this Notice because Defendants' records show that you were an hourly employee who's overtime rate and wages during the relevant time period has been disputed. If the Court approves the Settlement, and you have not opted out of the settlement process, your rights will be affected. Review your options in Section G to determine what you would like to do.

A portion of the settlement payment attributed to wages will be subject to deductions for applicable taxes and withholdings like any other paycheck, and for which you will receive an IRS Form W-2. The remaining portion of the payment, attributable to liquidated damages and statutory penalties will be reported on an IRS Form 1099. Neither Plaintiff's counsel nor Defendants nor Defendants' counsel make any representations concerning the tax consequences of this settlement or your

participation in it, and you are advised to consult your own tax advisor if you have any questions regarding tax treatment of any payments.

---

**E. DO I HAVE AN ATTORNEY IN THIS CASE?**

The Court has appointed Workplace Law Partners, P.C. as Class Counsel. If the Settlement is approved, Class Counsel will request the Court to award one-third of the total Settlement Fund in attorneys' fees plus up to $6,032.38 in attorney costs from the Settlement Fund. The approximate amount in Section A reflects attorney's fees and costs being deducted.

---

**F. IF I PARTICIPATE, DO I NEED TO WORRY ABOUT RETALIATION?**

Defendants will not and cannot terminate your employment, or treat you any differently because of your participation in, or exclusion from, the Settlement.

---

**G. WHAT ARE MY OPTIONS?**

1. Do Nothing.
If you do nothing, upon final approval of the proposed settlement you will automatically receive the approximate gross amount listed in Section A (subject to appropriate tax withholdings) and you will release your state and federal wage claims against Defendants.

2. Exclude Yourself from the Class Settlement.
If you do not want to receive any funds, and you do not want to release your state and federal law claims, you may exclude yourself. Send correspondence to the Settlement Administrator at [Administrator Address] which includes the name of the case "*Navarro v. First Student, Inc. and First Student Management, LLC 23-cv-04356*" *and*: 1) your full name; 2) address and telephone number; 3) state "I opt out of the Settlement in the First Student wage and hour settlement", and 4) your signature. Your exclusion *must* be received by the Settlement Administrator by **[DATE 60 Days from Mailing]**. You will not receive a settlement check

and you will not be releasing any wage claims under state or federal law

3. Object to the Settlement.
You can object to the settlement by filing a notice with the Court by **[DATE 60 days from Mailing]**. Mail your objection to United States Courthouse, Room 2325, 219 South Dearborn Street, Chicago, IL 60604. You must state your name, mailing address and telephone number, the name of the case "*Navarro v. First Student, Inc. and First Student Management, LLC 23-cv-04356*", why you object, and whether you plan to attend the fairness hearing, and if you do, who your lawyer will be, and who you will call as a witness in support of your objection. You must sign and date your objection. You must also send a copy of your objection to Class Counsel at the address listed in Section H and Defendants' Counsel at Littler Mendelson, P.C., Attn: Angela Huisingh 321 North Clark Street, Ste. 1100 Chicago, IL 60654

---

**H. WHERE CAN I GET MORE INFORMATION?**

If you have additional questions or need additional information, please contact the Settlement Administrator [phone number] or Class Counsel:

| **Class Counsel** |
| :---: |
| Workplace Law Partners |
| Attn: John C. Kunze |
| 200 East 5th Avenue, Suite 123 |
| Naperville, IL 60563 |
| Telephone: (630) 355-7590 |
| Email: admin@fishlawfirm.com |

You can also view the Settlement Agreement and other documents at [         ]

**_PLEASE NOTE: Inquiries for additional information or advice should NOT be directed to the Court or Defendants' Counsel. You may hire an attorney other than Class Counsel to discuss your rights under the Settlement if you choose._**

## EXHIBIT E

## <u>NAMED PLAINTIFFS' GENERAL RELEASE AGREEMENT</u>

This Named Plaintiff's General Release Agreement is entered into by and between Named Plaintiff, Norma Navarro ("Named Plaintiff") and Defendants, First Student, Inc. and First Student Management, LLC ("Defendants") (Named Plaintiff and Defendants collectively "Parties") This Release will become effective on the 8th day after Named Plaintiff signed this Release, so long as it has not been revoked by Named Plaintiff before that date (the "Effective Date"), as described in Section F below (Revocation Period).

**WHEREAS**, on July 6, 2023, the Named Plaintiff, through counsel, filed a putative class and collective action lawsuit in the United States District Court for the Northern District of Illinois, *Navarro v. First Student Inc. and First Student Management, LLC*, No. 23-CV-04356 ("Lawsuit"), alleging that Plaintiff was not fully compensated for overtime under the Fair Labor Standards Act 29 U.S.C. § 201 *et seq.* ("FLSA") and under the Illinois Minimum Wage Law 820 ILCS 105/1 *et seq.* ("IMWL") ("Claims");

**WHEREAS**, in the Lawsuit, the Named Plaintiff sought to represent class and collective members defined as all other non-exempt employees who were not fully compensated for overtime hours worked;

**WHEREAS**, the Parties participated in extensive arms-length negotiations, including a mediation, and on February 28, 2025, they reached a settlement of the Claims on a class-wide basis;

**WHEREAS**, the Parties entered into a "Joint Stipulation of Settlement and Release Agreement" ("Settlement Agreement")[1] to fully and finally settle, compromise and release all claims raised, or that could have been raised, by Named Plaintiff, and, to also release all the claims that could have been brought by the putative class or collective in the Lawsuit as set forth in the Settlement Agreement, including in Sections 1.10, 1.25, and 4.1;

**WHEREAS**, on the Effective Date of the Settlement Agreement, and in exchange for the settlement class benefits and for other good and valuable consideration, Named Plaintiff, agreed to release all the claims that could have been brought in the Lawsuit, and, on behalf of all class and collective members that she sought to represent, agreed to release all claims set forth in the Settlement Agreement, including in Sections 1.10, 1.25, and 4.1, against the Released Parties, as defined below;

**WHEREAS**, pursuant to Section 4.1.1 of the Settlement Agreement, Named Plaintiff agreed that, on or before the Effective Date of the Settlement Agreement, she would execute this

---

[1] A copy of the executed Settlement Agreement will be filed with the Court in the Action as an accompaniment to Named Plaintiffs' motion for preliminary approval.

General Release Agreement;

**WHEREAS**, Defendants deny all violations of the law and deny all of the allegations made by Named Plaintiff in the Lawsuit, including those in the Complaint and First Amended Complaint ("Complaint"), and deny that they are liable or owe damages to anyone with respect to the alleged facts or causes of action asserted in the Complaint. Nonetheless, Defendants, without admitting or conceding any liability or damages, and the Named Plaintiff have agreed to a settlement on the terms set forth in this Agreement, to avoid the burden, expense, and uncertainty of litigation; and

**NOW, THEREFORE**, pursuant to Section 4.1.1 of the Settlement Agreement, and for the good and valuable consideration as acknowledged by Named Plaintiff in the Settlement Agreement, including but not limited to prospective service award to the Named Plaintiff (*see* Settlement Agreement §§ 1.12.2 and 2.3), the Parties hereby agree to the Named Plaintiff's general release of claims as follows:

**A.** **Released Parties**. The Parties agree that the "Released Parties" means: (a) Defendants First Student Inc., First Student Management, LLC; and (b) their past, present and future officers, directors, shareholders, owners, parent companies and affiliates (and their respective officers, directors, shareholders, employees, agents, and representatives), subsidiaries, divisions, business units, joint venturers, predecessors, successors in interest (and their successors), affiliated and/or related entities, partners, limited partners, and assigns, or divisions or assigns thereof, as well as any current or former representatives, partners, officers, directors, trustees, agents, employees, attorneys, customers including their past, present and future officers, directors, shareholders, owners, parent companies and affiliates (and their respective officers, directors, shareholders, employees, agents, and representatives), subsidiaries, divisions, business units, joint venturers, predecessors, successors in interest (and their successors), affiliated and/or related entities, partners, limited partners, and assigns, or divisions or assigns thereof), insurers, reinsurers, indemnitors, or employee benefit or welfare program or plan (including the administrators, trustees, fiduciaries, and insurers of such program or plan) of an entity referenced above.

**B.** **Named Plaintiff's General Release**. On the Effective Date of this Release, Named Plaintiff and each of her respective executors, representatives, heirs, successors, bankruptcy trustees, guardians, wards, agents and assigns, and all those who claim through them or who assert claims on her behalf, fully and forever release, waive, acquit, and forever discharge the Released Parties from any rights, claims, demands, actions, causes, grievances, damages or liabilities of any kind or any nature whatsoever, whether actual or potential, known or unknown, suspected or unsuspected, that Named Plaintiff has or may have against the Released Parties for all acts or omissions on or before the date that the Named Plaintiff signs this Release ("Released Claims"). To the maximum extent allowed by applicable law, the Released Claims include but are not limited to those claims that arise out of or are related in any way to the Named Plaintiff's relationship with Defendants and the services Named Plaintiff provided as an employee of Defendants, including, but not limited to, claims related to her hiring, her wages, hours and working conditions, and/or the termination of her relationship with either Defendant. The Released Claims include, but are not limited to, the Released Federal Law Claims and the Released State Law Claims, as defined in

the Settlement Agreement, as well as any others arising under the Age Discrimination in Employment Act; Title VII of the Civil Rights Act of 1964; the Family and Medical Leave Act; the Equal Pay Act; the Fair Credit Reporting Act; the Civil Rights Act of 1991; the Americans With Disabilities Act of 1990; the Rehabilitation Act of 1973; Sections 1981 through 1988 of Title 42 of the United States Code; the Immigration Reform and Control Act; the Workers Adjustment and Retraining Notification Act; the Occupational Safety and Health Act; the Sarbanes-Oxley Act of 2002; the Dodd-Frank Act; the Genetic Information Nondiscrimination Act; the Consolidated Omnibus Budget Reconciliation Act; the Employee Retirement Income Security Act of 1974; the National Labor Relations Act; the Illinois Human Rights Act, the Illinois Minimum Wage Law, and the Illinois Wage Payment and Collection Act, Illinois Whistleblower Act; Ohio's Minimum Wage Laws (Ohio Revised Code Title 41, Chapter ("ORC") 4111), Ohio's Prevailing Wage Law (ORC 4115), laws enforced by Ohio's Civil Rights Commission (ORC 4112); and any and all other state or local statutes, ordinances, or regulations, as well as all claims arising under federal, state, or local law involving any tort, employment or contractual relationship (express or implied), public policy, wrongful discharge, and any other claim affecting or related to Named Plaintiff's employment with or work for any of the Released Parties which have arisen on or before the Effective Date of this Release.

The Named Plaintiff acknowledges she might hereafter discover facts different from or in addition to those they now know or believe to be true with respect to the Released Claims, and she expressly agrees to assume the risk of possible discovery of additional or different facts, and further agree that this Release shall be and remain effective in all respects regardless of such additional or different facts.

The Released Claims explicitly include claims for actual damages, statutory damages, minimum wage, straight time, overtime, premium pay, civil and statutory penalties, liquidated damages, and punitive damages, as well as for attorneys' fees, costs, and expenses. The Parties agree the payments made to Named Plaintiff pursuant to this Release is meant to compensate Named Plaintiff for all harms incurred as a result of the allegations set forth in, or that could have been set forth in, the Lawsuit, as well as any other harms or alleged harms encompassed by the Released Claims. It is expressly intended and understood by the Parties that this Release, and the Settlement Agreement to which it is attached, are to be construed as a complete settlement, accord, and satisfaction of Named Plaintiff's Released Claims.

**C.      Rights Not Waived.**  Notwithstanding the foregoing, this Release specifically excludes the following:

(a)      Named Plaintiff's rights, if any, to receive ERISA-covered benefits (e.g., pension or medical benefits) that are vested pursuant to a formally-adopted and properly-authorized written benefit plan.

(b)      Claims, charges, complaints, causes of action or demands of whatever kind or nature that post-date this Release. This includes claims for personal injuries of which Named Plaintiff is not currently aware (such as asbestos or other chemical exposure which has not yet manifested any physical injury).

(c)      Any rights and entitlements that cannot be waived as a matter of law, such as any workers' compensation benefits and any unemployment compensation benefits.

(d)      Named Plaintiff's right to file any charges or participate in any investigations or proceedings conducted by the Equal Employment Opportunity Commission (EEOC), the Securities and Exchange Commission (SEC), the National Labor Relations Board (NLRB), the U.S. Department of Labor (DOL), or any other governmental agency, although Named Plaintiff is waiving any and all right to recovery of any monetary award or individual relief as to all claims Named Plaintiff is releasing in this Release, except for any right Named Plaintiff may have to receive a payment from a government agency (and not Defendants) for information provided to the government agency.

(e)      Named Plaintiff's right and ability to (i) provide testimony, information or documents if legally compelled to do so, or (ii) communicate with or provide information or documents to the EEOC, SEC, NLRB, DOL, or other governmental agency; however in all cases, Named Plaintiff agrees to take all reasonable steps (such as redacting information or providing information under seal) to avoid any public disclosure of trade secret information or other confidential business information.

(f)      Named Plaintiff's right and ability to take any action to challenge the knowing and voluntary nature of this Release under the Older Workers Benefit Protection Act (OWBPA). For example, this Release does not prevent Named Plaintiff from filing or pursuing a charge of discrimination, lawsuit or arbitration to the extent it is brought under the federal Age Discrimination in Employment Act of 1967 (ADEA) and challenges the knowing and voluntary nature of this Release under the OWBPA. Further, nothing in this Release shall cause Named Plaintiff to be liable for damages, attorneys' fees, costs or disbursements in connection with any such charge of discrimination, lawsuit or arbitration to the extent it is so brought. However, if this Release is found to be knowing and voluntary under the OWBPA, Named Plaintiff's release and waiver of claims under the ADEA, as provided in this Release, shall be fully effective.

**D.    Bar to Future Suits.**  Upon entry of the judgment in the Lawsuit, the Named Plaintiff shall be enjoined from prosecuting any Released Claims in any proceeding against Defendants or based on any actions taken by Defendants that are authorized or required by the Settlement Agreement or the judgment. It is further agreed that the Final Judgment in the Lawsuit may be pleaded as a complete defense to any proceeding subject to this section.

Named Plaintiff agrees that, to the extent any Released Claims against Defendants might be encompassed within or by any pending or future class action, representative action or collective action (aside from the Lawsuit), Named Plaintiff will affirmatively "opt out" of or otherwise not elect to participate in that action and will not directly or indirectly seek or accept any recovery therein for the Released Claims.

This Release may be executed in one or more counterparts. All executed counterparts and each of them shall be deemed to be one and the same agreement and release. This Release may be executed by signature delivered by facsimile, PDF, text, or .jpg and need not be the original "ink" signature.

**E.      Consideration Period**.  Named Plaintiff has 21 days from the date this Release was given to her to consider this Release before signing it.  Named Plaintiff may use as much or as little of this 21-day period as he chooses before signing.

**F.      Revocation Period.**  Named Plaintiff has the right to revoke this Release within 7 days of signing it.  To revoke, the Named Plaintiff must send a written letter of revocation via U.S. Certified Mail or hand-delivery to:

Angela R. Huisingh
c/o Littler Mendelson P.C.
321 North Clark Street, Suite 1100
Chicago, Illinois  60654


If delivered by mail, the notice of revocation must be postmarked and delivered within the required 7-day period and properly addressed as set forth above and sent by certified mail, return receipt requested. If a Named Plaintiff timely revokes this Release, this Release will not become effective or enforceable as to that Named Plaintiff, and Named Plaintiff will not receive the service award, as set forth in the Settlement Agreement at §§ 1.12.2 and 2.3.

**G.      Age Discrimination in Employment Act Notice**.  Named Plaintiff expressly acknowledges and agrees that, by entering into this Release, Named Plaintiff is knowingly and voluntarily waiving any and all rights or claims that Named Plaintiff may have arising under the Age Discrimination in Employment Act of 1967 (ADEA), as amended, which have arisen on or before the Effective Date of this Release. Named Plaintiff further expressly acknowledges and agrees she has a period of 21 days to review this Release and has a period of 7 days after executing this Release to revoke this Release and that the Release is not enforceable until the 7-day Revocation Period has expired.

**H.      Governing Law**.  This Release shall be interpreted under the laws of the State of Illinois.  In the event that any of the Parties breach any provision of this Release, the Parties affirm that any party hereto may institute an action to specifically enforce any term or terms of this Release.

**I.      Modification**.  This Release may not be amended, revoked, changed, or modified in any way, except in writing executed by all Parties.  No waiver of any provision of this Release will be valid unless it is in writing and signed by the party against whom such waiver is charged. Only an officer of Defendants has the authority to modify this Release on behalf of each Defendant.

**J.      Interpretation.**  The language of all parts of this Release shall in all cases be construed as a whole, according to its fair meaning, and not strictly for or against any of the Parties. This Release has been negotiated and shall not be construed against the "drafter" of the Release.

**K.      Counterparts**.  This Release may be executed in multiple counterparts and all counterparts shall constitute one agreement binding on each of the Parties hereto, regardless of whether each party hereto is a signatory to the same counterpart.  For purposes of this Release,

facsimile, digital, or scanned signatures in lieu of original signatures are acceptable.

**J.** **Knowing and Voluntary Release.** By executing the Release described herein, Named Plaintiff represents she has read this Release carefully and completely, has been informed of her right to consult with legal counsel and has had the opportunity to do so if desired, and understands and knowingly and voluntarily agrees to the terms, conditions, and waivers set forth in this Release as described herein.

**IN WITNESS WHEREOF**, and intending to be legally bound, the Parties hereby execute this Release on the dates indicated below:

*Norma Navarro*
_____
Norma Navarro
Plaintiff/Class Representative

10/07/2025 09:47PM UTC
_____
Date

First Student, Inc.
_____
Name (Print): *Michael Petrucci*

Title: *Secretary*

*Oct. 8, 2025*
_____
Date

First Student Management, LLC.
_____
Name (Print): *Michael Petrucci*

Title: *Secretary*

*Oct. 8, 2025*
_____
Date