# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Norma Navarro

       Plaintiff,

v.                 Case No.: 1:23−cv−04356
                    Honorable Martha M. Pacold

First Student, Inc., et al.

       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 13, 2025:

   MINUTE entry before the Honorable Martha M. Pacold: Telephone motion hearing held on 11/13/2025. Plaintiff's unopposed motion for preliminary approval of class action settlement and for certification of claims pursuant to F.R.C.P. 23 for settlement, [65], is granted. Fairness hearing is set for 3/19/2026 at 9:00 a.m. in Courtroom 2325. Enter Preliminary Approval Order. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.