IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NORMA NAVARRO,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>FIRST STUDENT, INC., AND FIRST STUDENT MANAGEMENT, LLC,<br><br>　　　　　　Defendants. | Case No. 23-cv-04356<br><br>District Judge: Martha M. Pacold<br><br>Magistrate Judge: Jeffrey T. Gilbert |

**PRELIMINARY APPROVAL ORDER**

The Parties have applied, pursuant to Rule Federal Rule of Civil Procedure 23(e) for an order approving settlement of the class claims alleged in this litigation, in accordance with Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action and Collective Action Settlement and For Certification of Claims Pursuant to F.R.C.P. 23 for Settlement (collectively the "Preliminary Approval Motion"), which, together with the exhibits annexed thereto, sets forth the terms and conditions for a proposed settlement of the claims against Defendants and for dismissal of this litigation against Defendants upon the terms and conditions set forth therein, and the Court has read and considered the Agreement and the exhibits annexed thereto. IT IS HEREBY ORDERED:

　　　　1.　　　　The Court hereby preliminarily approves the settlement set forth in the Joint Stipulation of Settlement and Release Agreement (the "Settlement Agreement") as being fair, reasonable and adequate, and in the best interest of Plaintiffs and those persons that are identified on Exhibit A to the Settlement Agreement (the "Eligible Settlement Class Members").

　　　　2.　　　　The Court certifies on a preliminary basis the following Illinois Minimum Wage Law ("IMWL"), class pursuant to Fed. R. Civ. P. 23 for settlement purposes only. Eligible Settlement Class Members is defined as: the Named Plaintiff and persons employed as hourly non-exempt

employees in Illinois between July 6, 2020 and November 30, 2024, and (i) who were identified in the payroll data produced by Defendants to Class Counsel; (ii) who Class Counsel has identified as having overtime damages and to whose inclusion Defendants have not objected; and (iii) who are identified on Exhibit A to the Settlement Agreement. The decision to grant or deny final class certification to occur after the fairness hearing.

3. A Fairness Hearing shall be held before this Court at Courtroom 2325 on <u>March 19, 2026 at 9:00 a.m</u>. in person, at the United States District Court, Northern District of Illinois, 219 South Dearborn Street, Chicago, IL 60604, to determine finally whether the proposed settlement of this litigation on the terms and conditions provided for in the Settlement Agreement is fair, reasonable, adequate, and in the best interest of the Eligible Settlement Class Members, and should be approved by the Court, and whether a Final Approval Order and Final Judgment of Dismissal should be entered. Plaintiffs shall file a motion seeking final approval and their request for attorney fees at least fourteen days prior to the end of the Notice Period.

4. The Court approves, as to form and content, the Settlement Notice that is attached to the Agreement as it complies fully with the requirements of Rule 23 of the Federal Rules of Civil Procedure, the Constitution of the United States, and any other applicable laws. The Court finds that the Notice to be given constitutes the best notice practicable under the circumstances, including individual notice to all Eligible Settlement Class Members (which includes Named Plaintiff), who can be identified with reasonable effort, and constitutes valid, due, and sufficient notice to Eligible Settlement Class Members in full compliance with the requirements of applicable law, including the Due Process clause of the United States Constitution.

5. Workplace Law Partners, P.C. is appointed as Class Counsel for the Eligible Settlement Class Members for settlement purposes.

6. Norma Navarro appointed as the representative Plaintiff in this class and collective action for settlement purposes.

7. With regard to distribution of the Settlement Notice, Class Counsel and Defendants are hereby directed and authorized to effectuate notice as called for in the Settlement Agreement and the Defendants shall provide to Class Counsel and/or the Settlement Administrator the information provided for in the Settlement Agreement by the deadlines required therein. The Court authorizes the utilization of a settlement administrator as called for in the parties' Settlement Agreement.

8. Any Eligible Settlement Class Member wishing to oppose or contest the approval of the Agreement, or the judgment to be entered thereon if the same is approved, must comply with the procedures set forth in the Settlement Notice. Any Participating Settlement Class Member who has served and filed an objection as set forth therein may appear at the Fairness Hearing and show cause to the Court, if they have any, why the proposed settlement of this litigation should or should not be approved as fair, reasonable, and adequate, or why a judgment should or should not be entered thereon. Any Participating Settlement Class Member who does not make an objection in the manner provided herein shall be deemed to have waived such objection and shall be foreclosed from making any objection to the fairness, adequacy, or reasonableness of the proposed settlement. The date by when any objections to the Settlement must be made and by when an Eligible Settlement Class Member may opt out of the Settlement Class is set for sixty days from the date of Notice mailing. Any Eligible Settlement Class Member who has not properly and timely requested exclusion from the Settlement Class is bound by the Agreement, as set forth in the Agreement, including but not limited to the release of claims brought under the IMWL and FLSA as set forth in the Settlement Agreement, in the event the Court issues a Final Order approving the settlement.

9. The procedures regarding the Class Action Fairness Act notice are compliant with 28 U.S. Code § 1715, such that 28 U.S. Code § 1715(e) does not apply.

IT IS SO ORDERED this 13th day of November, 2025

/s/ Martha M. Pacold
United States District Judge